AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> STATE OF ALABAMA and WES ALLEN, in his official capacity as Secretary of State <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-01329 (MHH) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Alabama
Governor Kay Ivey
Office of the Governor
600 Dexter Avenue
Montgomery, AL 36130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel J. Freeman
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK
CLERK OF COURT

Date: Sept 30, 2024

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| . UNITED STATES OF AMERICA | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 2:24-cv-01329 (MHH) |
| STATE OF ALABAMA and WES ALLEN, in his official capacity as Secretary of State | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wes Allen
Alabama Secretary of State
State Capitol Building - Suite S-105
600 Dexter Avenue
Montgomery, AL 36130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel J. Freeman
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530

If you fail to respond, judgment by default May [will] be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

CLERK OF COURT

Date: Sept 30, 2024

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203