FILED
2024 Oct-16  AM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA



## Planet Depos®
· We Make It Happen ·

# Transcript of Clay Shelby Helms

**Date:** October 9, 2024
**Case:** Alabama Coalition for Immigrant Justice, et al. -v- Allen, et al.

*Private Tls Exh 46
ACIJ v. Allen  24cv1254AMM
10/15/24 PI Hrg*

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ALABAMA
 3                    SOUTHERN DIVISION
 4     - - - - - - - - - - - - - - x
 5   ALABAMA COALITION FOR       :
 6   IMMIGRANT JUSTICE, ET       :  Case No.
 7   AL.,                        :  2:24-cv-01254-AMM
 8          Plaintiffs,          :
 9      v.                       :
10   WES ALLEN, in his           :
11   official capacity as        :
12   Alabama Secretary of        :
13   State. et al.,              :
14          Defendants.          :
15
16     - - - - - - - - - - - - - - x
17
18   UNITED STATES OF AMERICA,   :
19          Plaintiff,           :  Case No.
20      v.                       :  2:24-cv-1329-AMM
21   STATE OF ALABAMA and WES    :
22   ALLEN,                      :
23          Defendants.          :
24     - - - - - - - - - - - - - - x
25
```

**Page 2**

```
 1          Deposition of CLAY SHELBY HELMS
 2          Conducted Remotely via Zoom
 3          Wednesday, October 9, 2024
 4               10:54 a.m. EST
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   Job No.:  556482
24   Pages:  1 - 82
25   Reported By:  SANDRA A. ROBERTSON, CCR
```

**Page 3**

```
 1          Deposition of 30(b)6 witness CLAY SHELBY
 2   HELMS, conducted remotely.
 3
 4
 5          Pursuant to Fed. R. Civ. P. 30(b)6 notice,
 6   before SANDRA A. ROBERTSON, Certified Court
 7   Reporter and Notary Public of the State of New
 8   Jersey.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1               A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PRIVATE PLAINTIFFS:
 4       BRENT FERGUSON, ESQ.
 5       KATHRYN HUDDLESTON, ESQ.
 6       KATE HAMILTON, ESQ.
 7       SHILPA JINDIA, ESQ.
 8       CAMPAIGN LEGAL CENTER
 9       1101 14th Street NW
10       Suite 400
11       Washington, DC 20005
12       (202) 736-2200
13       bferguson@campaignlegalcenter.org
14
15   ON BEHALF OF THE PRIVATE PLAINTIFFS:
16       JOSEPH MITCHELL McGUIRE, ESQ.
17       McGUIRE & ASSOCIATES, LLC
18       31 Clayton Street
19       Montgomery, Alabama 36104
20       (334-517-1000
21       jmcguire@nandabusinesslaw.com
22
23
24
25
```

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

2 (5 to 8)

---

**5**

APPEARANCES CONTINUED

ON BEHALF OF THE PRIVATE PLAINTIFFS:
  MICHELLE KANTER COHEN, ESQ.
  NINA BECK, ESQ.
  JON SHERMAN, ESQ.
  FAIR ELECTIONS CENTER
  1825 K Street NW
  Suite 701
  Washington, DC 20006
  (202) 331-0114
  Mkantercohen@fairelectionscenter.org

ON BEHALF OF THE PRIVATE PLAINTIFFS:
  JESS UNGER, ESQ.
  SOUTHERN POVERTY LAW CENTER
  111 E. Capitol Street
  Suite 280
  Jackson, Mississippi 39202
  Jess.unger@splcenter.org

---

**6**

APPEARANCES CONTINUED

ON BEHALF OF THE DEFENDANT UNITED STATES:
  KELLI M. SLATER, ESQ.
  DANIEL J. FREEMAN, ESQ.
  U.S. DEPARTMENT OF JUSTICE
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 305-5451
  Kelli.slater@usdoj.gov

ON BEHALF OF THE STATE DEFENDANTS:
  MISTY S. FAIRBANKS MESSICK, ESQ.
  SCOTT WOODARD, ESQ.
  ALABAMA ATTORNEYS GENERAL OFFICE
  501 Washington Avenue
  P.O. Box 300152
  Montgomery, Alabama 36130
  misty.messick@alabamaag.gov

ALSO PRESENT:
  MICHAEL JONES, ESQ.
  MERIDITH BLACKWELL, ESQ.
  KUNAL DIXIT

---

**7**

INDEX

WITNESS:                                          PAGE:

CLAY SHELBY HELMS
  BY MR. FERGUSON                                    8
  BY MS. SLATER                                     71

                    *****

                  EXHIBITS:

Exhibit 1 Press Release                            11
Exhibit 2 Template Letter                          41
Exhibit 3 September Letter                         42
Exhibit 4 Declaration of Clay Helms                43
Exhibit 5 Department of Justice                    47
          Declaration
Exhibit 14 Document ALA 00000575-578               49
Exhibit 11 Document ALA 00000392                   62
Exhibit 12 Document ALA 00000491                   66

                    *****

---

**8**

PROCEEDINGS

CLAY SHELBY HELMS,
after having been duly sworn, testified as
follows:

MS. MESSICK:  Before we get started, do
you agree to the usual stipulation?

MR. FERGUSON:  Yeah, just that all
objections will be for all defendants?

MS. MESSICK:  No.  The objections -- all
objections are preserved.  The only ones we need
would be form and of course a standing privilege.
And since it's a 30(b)(6) deposition pursuant to
court order, we might also object to keep it
outside the scope.

MR. FERGUSON:  That's fine.

EXAMINATION

BY MR. FERGUSON:

Q  Mr. Helms, good to meet you --

MS. SLATER:  I just what want to say for
the record we don't consent to waiving all
objections exception as to form.

MS. MESSICK:  You want all objections made
now?

MS. SLATER:  No, we do not -- yes, I'm
sorry.  Yes, I do.

---

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

3 (9 to 12)

**9**

1  BY MR. FERGUSON:
2      Q  Okay.  Mr. Helms, sorry about that.  My
3  name is Brent Ferguson.  I am an attorney for the
4  plaintiffs in this case.  I know you have been
5  deposed before so you know the rules here.  Just a
6  couple basic things I want to go over quickly.
7          You might hear an objection, as we just
8  discussed, to one of my questions.  Unless that
9  objection is on privilege grounds, you may go
10 ahead and answer that.  Is that understood?
11     **A  Yes.**
12     Q  And can you tell me, what you did to
13 prepare for today's deposition?
14     **A  I had meetings with counsel, met with**
15 **staff that were involved and did my own reading**
16 **and reviewing of the records at home.**
17     Q  Okay.  And when you had conversations with
18 people other than counsel, what did you cover in
19 those conversations?
20     **A  I had a conversation with Candice Paine,**
21 **who's the supervisor of voter registration, just**
22 **getting an understanding of -- she works directly**
23 **with the registrars so and communicates with them**
24 **so.**
25     Q  And you mentioned reviewing some

**10**

1  materials.  Can you tell me what, which documents
2  you looked at?
3      **A  My declaration with exhibits and the DOJ**
4  **response with exhibits.  I have a timeline here**
5  **that -- that's been prepared that I looked at as**
6  **well, and I looked at a few of the declarations**
7  **that you all submitted and DOJ submitted.**
8      Q  Okay.  And that, that timeline you have
9  with you today?
10     **A  Yes.**
11     Q  And do you have any other documents other
12 than your declaration with you right now?
13     **A  I have the declaration with exhibits, the**
14 **DOJ letter with exhibits and enclosures and I have**
15 **my timeline and I have a few of the declarations**
16 **from you all private plaintiffs.**
17     Q  Okay.  And you mentioned speaking with
18 Candice Paine.  Is there anyone else other than
19 counsel that you spoke with?
20     **A  In preparation?**
21     Q  Right.
22     **A  No.**
23     Q  Okay.  So just a couple more things.
24          You have seen the deposition notice that
25 has two topics for the deposition today; is that

**11**

1  right?
2      **A  Yes.**
3      Q  Okay.  And are you prepared to testify on
4  both of those topics?
5      **A  Yes.**
6      Q  Okay.  You understand that this is a
7  deposition where you're representing the Secretary
8  of State's office, so when I say "you" or "your
9  office," I'm referring to the secretary's office.
10 Is that clear?
11     **A  Yes.**
12     Q  Okay.  And then let's get started with the
13 press release that the secretary issued on
14 August 13th.  You mentioned that in your
15 declaration.  You're familiar with that press
16 release, right?
17         MS. MESSICK:  I assume you're asking me to
18 give him an exhibit now.
19         MR. FERGUSON:  That's fine.
20     **A  Yes.**
21     (Exhibit 1 Press Release marked for
22 identification.)
23     Q  Okay.  And when I talk about this press
24 release and the process created by your office
25 starting with this release, I am just going to use

**12**

1  the word "program" to refer to the whole thing so
2  we know what we are talking about.  Is that okay?
3      **A  To cover this whole effort?**
4      Q  Yes, exactly.
5          So does this press release that you're
6  looking at from August 13th accurately describe
7  how the program is operating right now?
8          MS. MESSICK:  Object to the form.  And I
9  am going to object to the form.  I will raise
10 other objections as well in case the United States
11 has the right to require that we do objections as
12 if we were in trial now.  I am not sure that they
13 do, because they are here as observers and they
14 are not the ones taking the deposition.  And I can
15 say that is a compound question.  Objection to the
16 form and objection compound.
17 BY MR. FERGUSON:
18     Q  Mr. Helms, would you like me to re-ask it
19 or do you remember it?
20     **A  Well, let's just say I didn't agree to**
21 **call it a program.  We started on the next**
22 **question before I said yes.  We refer to it as**
23 **noncitizen letter process.  As long as the**
24 **understanding is that that's really what we are**
25 **talking about, I just don't want it to be misused.**

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

4 (13 to 16)

---

**13**

1    Q  Sure.  How about we say "process"?  Is
2  that easier for you so we don't have to worry
3  about it?
4    A  Yeah.
5    Q  Okay.  Does Secretary Allen's August 13th
6  press release accurately describe how the process
7  is operating now?
8      MS. MESSICK:  Object to the form and
9  compound.
10    A  I need to read it real fast.  Yes.
11    Q  Okay.  The press release on the bottom of
12  page one says that people who are identified as
13  potential noncitizens can vote again, quote, once
14  verified.  Do you see that?
15    A  Yes.
16    Q  What is that verification process?
17    A  So for anyone who's inactivated by this
18  process, they are still able to vote on election
19  day by submitting a re-identification update form
20  or by filling out a registration form to update
21  prior to the election.
22      The verification part would be them
23  filling out the update form completely, including
24  their driver's license number or the last four of
25  their Social Security number and then voting a

**14**

1  regular ballot and their number and corresponding
2  information being verified by the board of
3  registrars in the days following.
4    Q  Okay.  And is that verification process
5  different for people who are on -- who use the
6  voter registration form rather than the update
7  form that you mentioned?
8    A  No.
9    Q  Okay.  Is the verification process that
10  you just described the same in every county in
11  Alabama?
12    A  Yes.
13    Q  Who created this verification process?
14      MS. MESSICK:  Object to the form and lack
15  of foundation.
16    A  Federal law.  I believe it's the Help
17  America Vote Act requires that an individual
18  provide their driver's license number if they
19  possession one.  If not, they provide their last
20  four of Social Security number if they have one
21  and if they have neither of those, you know, if
22  they don't have it, then they would be supplying a
23  unique identifier and that information is checked
24  against the DMV, which is for Alabama, the Alabama
25  Law Enforcement Agency and/or the Social Security

**15**

1  Administration -- well "and," not "or" -- to
2  verify that it's accurate, including citizenship
3  status and return to verification answer.  So
4  that's federal law.
5    Q  Okay.  And who, within your office,
6  decided that the 3,251 people on the list
7  mentioned in the press release would undergo this
8  verification process?
9      MS. MESSICK:  Object to the form.  Lack of
10  foundation.
11    A  Well, I am not sure I understand.  We just
12  said that everyone goes through the verification
13  process so it doesn't matter if you're 3,251 or
14  any other of the 3.8 million voters.  If you're
15  inactive, you're gonna fill out the form and
16  you're gonna go through the verification process.
17  Or if you register anew today regardless of the
18  election, you're going to go through the
19  verification process.
20    Q  I am just asking who decided that that
21  process would apply to those 3,251 people?
22    A  It's not a decision to make.  It's uniform
23  for everyone so it goes without saying that you
24  opt someone into a process that everyone is opt
25  into.

**16**

1    Q  Those people had already gone through the
2  process when they registered to vote, correct?
3      MS. MESSICK:  Object to the form.  Lack of
4  foundation.
5    A  Not exactly, no.
6    Q  So you're unwilling to say who decided
7  that this process would apply to the 3,251 people?
8      MS. MESSICK:  Object to the form.
9  Misstates the evidence.  Misstates prior
10  testimony.
11    A  Yeah, I just don't understand your
12  question.  It's uniform for everyone.  It wasn't a
13  conversation that had to be had about let's treat
14  this group differently than we treat everyone else
15  for the verification process.  That's an answer.
16  It's not a lack of an answer.
17    Q  So if someone is on the list of 3 -- 3,251
18  people I am just going to refer to that as the
19  list from here on out.
20      If someone is on that list, they have two
21  options.  I think you mentioned this.  I just want
22  to clarify.  Two options if they want to vote;
23  they can fill out a registration form up to 14
24  days prior to the election or they can wait until
25  election day to fill out the update or

**17**

1  re-identification form; is that right?
2   **A  Yes.**
3   Q  Okay.  Are those two options available to
4  the general public, meaning is there a press
5  release or some kind of other public communication
6  from our office describing that?
7   MS. MESSICK:  Object to the form.  Lack of
8  foundation.
9   **A  We sent out press releases to everyone**
10  **throughout the entire state about the voter**
11  **registration deadline.  So that goes out to**
12  **everyone.  You asked if it applies to everyone.**
13  **Those two processes in that answer is no.**
14   Q  So to clarify, I asked not for everyone
15  but for people on the list.  Again, that's the
16  list of 3,251 people.  For those people, if they
17  want to vote in November's election, it's correct
18  that they need to either fill out the registration
19  form or the update form on election day; is that
20  correct?
21   **A  No.  We sent out guidance to the**
22  **registrars on September 5th or 6th that said if**
23  **they could confirm the status of their driver's**
24  **license number or Social Security number that was**
25  **on file, which is the verification procedure we**

**18**

1  **already discussed, then they would activate them**
2  **and send them a card notifying them of their**
3  **active status, and then they would be able to vote**
4  **without taking any action.**
5   Q  Okay.  That's helpful.  Thank you.
6   So aside from those people who have been
7  verified by the registrar's through that process,
8  everyone remaining will have to either fill out a
9  registration form or the update form on election
10  day; is that correct?
11   **A  Yes.**
12   Q  Okay.  And let me just clarify.  You, I
13  believe, you testified that you make public
14  through press releases general ways that people
15  can register.  Have you issued any press release
16  with regard to the voters on the list explaining
17  these two options of registering or filling out an
18  update form?
19   **A  From what I recall the only press release**
20  **on this is the August 13th press release that's**
21  **specific to this process.**
22   Q  Okay.  So if someone -- let's talk about
23  the registration form and the ability for people
24  who are on the list to fill out that registration
25  form to be able to vote this November.

**19**

1   You mentioned the verification process at
2  the top.  If someone on the list fills out the
3  registration form, what is the State's process for
4  verifying them and then putting them back on the
5  active voters list?
6   **A  Someone on this -- in this thirty-two**
7  **fifty-one?**
8   Q  Correct.
9   **A  And they are filling out the voter**
10  **registration form not the update on election day?**
11   Q  Correct.
12   **A  They would complete the form and provide**
13  **one of the -- the driver's license number.  If**
14  **they don't have that, the Social Security number,**
15  **the rest of the information, check the boxes, sign**
16  **the oath, all of that.  It would be returned to**
17  **the registrars who would enter that information**
18  **and click save.  And that would run their numbers**
19  **against the Alabama Law Enforcement Agency's**
20  **database and then the Social Security**
21  **Administration's database if ALEA's database**
22  **didn't already confirm the numbers.  Once those**
23  **numbers came back verified as they should under**
24  **law, then they would be reactivated and able to**
25  **vote without any other effort on election day.**

**20**

1   Q  Okay.  So you testified that as long as
2  those numbers come back as they should, they will
3  be registered.
4   If the numbers don't come back as they
5  should, they will not be registered; is that
6  correct?
7   **A  We are talking about the thirty-two**
8  **fifty-one?**
9   Q  Correct.
10   **A  Well, to be clear, they are already**
11  **registered to vote.  They are inactive so they are**
12  **treated much differently than someone that's not**
13  **registered.  So if they are not -- their**
14  **information does not verify, they will be left**
15  **inactive because there is a problem and then they**
16  **will still be able to update or fill out a correct**
17  **voter registration form with accurate information**
18  **which is required, and then they will be able to**
19  **vote as any other person would.**
20   Q  Okay.  So if that person tries to -- that
21  person sends the registration form in, the numbers
22  don't come back as they should, will they be
23  notified of that?
24   **A  Yes.**
25   Q  And for that person, their only option to

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

6 (21 to 24)

---

21

1  vote in this November's election is to fill out
2  the update form on election day; is that correct?
3  **A Yes, as any other inactive voter.**
4  Q Okay. Has anyone who is on the list
5  filled out the registration form and not been
6  reactivated?
7  **A I don't have that statistic.**
8  Q Okay. What if someone on the list sends
9  in the registration form and the numbers don't
10 come back as they should, so they are not made
11 active and they are an absentee voter, how does
12 that person vote in this election?
13 **A Well, if they are voting absentee, the**
14 **inactive status doesn't apply the same. So if you**
15 **submit an application to vote absentee and your**
16 **information is correct on your voting record and**
17 **the address that you provide for your physical**
18 **residence address, not your mailing address, your**
19 **residence address, matches your voter record**
20 **address, then the absentee election manager would**
21 **mail you a ballot.**
22 Q Okay. So that that absentee voter who is
23 on the list doesn't need to -- essentially,
24 doesn't need to use the new registration form?
25 **A No. You're correct.**

---

22

1  Q Correct, thank you. Okay. So let's talk
2  about the update or re-identification form you
3  mentioned. What is the verification process for
4  people who use that form on the election day? To
5  be clear, I am talking about voters who are on the
6  list of 3,251 people.
7  **A So people on the list, thirty-two**
8  **fifty-one, they go vote on election day and they**
9  **complete the update form.**
10 **The question was when do they verify it?**
11 Q What is the State's verification process
12 for those voters?
13 **A Those forms, the update forms are**
14 **submitted to the board of registrars in that**
15 **county in the days following the election, and**
16 **then the registrars go through process update**
17 **forms really at the time they are processing**
18 **provisional ballots and other things that they**
19 **received, processing voting credit, give people**
20 **voting credit for their voting history. And they**
21 **are entering that information as they would any**
22 **voter registration form, same process, validating**
23 **the numbers.**
24 Q Okay. And so it's possible that that
25 person's ballot wouldn't be counted if the numbers

---

23

1  don't -- let me start that question over.
2      If that verification process fails, then
3  it's possible that those ballots won't be counted?
4      MS. MESSICK: By fails, do you mean if
5  they are not able to verify?
6      MR. FERGUSON: Correct. Thank you.
7  **A No, that is not correct. They -- once**
8  **they update their information, they fill out an**
9  **update format the polls, okay? They haven't**
10 **moved. They are able to go vote a regular ballot.**
11 **I go vote the ballot. I insert it into the**
12 **tabulator. It's done at that point. And I walk**
13 **away. My vote counted. And then the update form**
14 **makes it to the registrar's office in the days**
15 **that follow. They process the form. Let's say**
16 **the numbers don't validate or don't verify, better**
17 **word, then I am left as an inactive voter because**
18 **I didn't provide accurate information by law, and**
19 **I've got to update at a later time. And that's**
20 **the same for any voter. But it doesn't affect**
21 **your ballot counting for this election.**
22 Q Okay. If every person's ballot will be
23 counted regardless of whether the verification
24 process shows that they are verified, what's the
25 purpose of requiring those voters to fill out the

---

24

1  update form?
2  **A Well, fundamentally, we obviously have**
3  **incorrect information for you on your voting**
4  **record. The process is the same for everyone.**
5  **The voter is required to provide one of those**
6  **numbers and it needs to verify for multiple**
7  **purposes. So it very much serves a purpose even**
8  **after the election for all future elections for**
9  **the voter's sake as well so they remain as an**
10 **active voter.**
11 Q Okay. When you -- so let me step back a
12 second.
13     You have talked about this verification
14 process for people who fill out the update form
15 and then also people who send in a new
16 registration form. I believe you testified that
17 those two are essentially the same; is that
18 correct?
19     MS. MESSICK: Did you start that question
20 by asking about the update form? Can you repeat
21 the question?
22     MR. FERGUSON: Yeah, sure.
23 BY MR. FERGUSON:
24 Q We are were just talking with the update
25 form and the verification process for that.

---

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

25

1  Previously we talked about the verification
2  process for the registration form. I believe you
3  testified a few minutes ago that those two
4  processes are essentially identical. It's running
5  someone's driver's license or SSN; is that
6  correct?
7      A For checking the numbers?
8      Q Yeah.
9      A Yes.
10     Q Okay. That's helpful. And those checks
11 are done for the purpose of verifying a voter's
12 identity; is that correct?
13     MS. MESSICK: Object to the form. Lack of
14 foundation. May call for a legal interpretation.
15     A Verifying their identity, was verifying
16 their identity it is verifying multiple things.
17 It's -- if it's -- trying to think. You can
18 verify they are dead. You can verify that they
19 are not verified, which means something wrong with
20 the number. Maybe a noncitizen, maybe not found
21 as in they provided a bad number. There are
22 multiple things that come back for providing a
23 number.
24     Q Okay. Through that process, how would you
25 determine that someone is not a citizen?

26

1      MS. MESSICK: Object to form. Lack of
2  foundation. It misstates prior testimony.
3      A I have to go back and check. There are
4  responses that are returned by ALEA and by Social
5  Security Administration. There is a yes/no
6  basically checked on citizenship in this
7  processes. And if the check is no, it returns a
8  response back to us. I don't know the name of
9  that response offhand in quickly trying to prepare
10 for this. Yeah.
11     Q Does that apply to every voter
12 registration in the state of Alabama, that the
13 verification process goes through ALEA and the --
14 sorry. Does it go through ALEA to do a
15 citizenship check?
16     MS. MESSICK: Object to the form.
17 Misstates prior testimony.
18     A Yes, goes through the same databases,
19 performs the same check with the same responses
20 for all voters or all applicants.
21     Q Okay. So for people on the list of 3,251,
22 all of them were registered voters so when they
23 registered the first time they went through that
24 check; is that correct?
25     A No.

27

1      Q Okay. And why is that?
2      A The -- well, we understand we have already
3  talked about federal law requires those numbers,
4  okay? Those numbers have to be valid numbers.
5      In previous administrations, that
6  understanding was they let people complete the
7  form and either not provide any number and check a
8  box that they didn't have the number or they
9  provided a number, number may not have verified
10 and they just went ahead and registered them
11 anyway.
12     And so in reworking that process and
13 making it according to federal law and proper,
14 that process has evolved. There are people still
15 on the voting rolls now which don't have a
16 verified driver's license, Social Security number.
17 We have been performing every effort to correct
18 that and to verify the numbers for them. So
19 that's why partly when we send out guidance in
20 September that, in early September, if you're able
21 to verify the driver's license or the Social
22 Security number that's already on file for this
23 inactive voter, then you would go ahead and
24 activate them and not require anything further of
25 them, send them a voter information card because

28

1  we have enough information at that point to not
2  require you to fill out another update form or
3  voter registration form.
4      Q Okay. Let's talk a little bit more about
5  the verification process.
6      When you -- I think you testified that if
7  someone fills out the update form, then a few days
8  later they will -- the registrars will perform
9  this verification and they will use the driver's
10 license number or Social Security number; is that
11 correct?
12     A To be clear, last four of the Social
13 Security number.
14     Q Right. What databases are they matching
15 the driver's license number and the Social
16 Security number against?
17     MS. MESSICK: Object to the form.
18 Misstates the prior testimony.
19     A So the driver's license number and Social
20 Security number are checked first against the DMV
21 so ALEA for us. It's checking because ALEA has
22 both of those numbers for certain records.
23 Sometimes they only have a driver's license
24 number. So it's performing a check from I
25 understand the driver's license first and then

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

**29**

1  it's check the Social Security number last four
2  after that. If either of those return verified,
3  then it will send that response back and it
4  doesn't have to go any further. And if either of
5  those numbers do not verify, then the Social
6  Security last four is sent to the Social Security
7  administrator's database to be checked and then
8  return a verified response or not verified or not
9  found, et cetera.
10    Q  Okay. You testified that prior
11 administrations did things differently. Do you
12 mean administrations, different secretaries of
13 state before Secretary Allen?
14    A  Yes.
15    Q  Okay. When did the secretary's office
16 begin comparing -- sorry. Withdrawn.
17       When did the secretary's office start
18 using Alabama Law Enforcement Agency databases as
19 part of the verification process?
20    A  Well, to be clear, the databases have
21 not -- the process has not changed with this
22 administration. It's been that way. The ALEA has
23 been used or the DMV has changed names has been
24 used to verify these numbers I am guessing since
25 the implementation of HAVA, as well as the Social

**30**

1  Security Administration. So the systems and the
2  interworkings has not changed.
3     Q  But you testified that in using that
4  database check with ALEA that's checking for
5  citizenship as well, right?
6     A  Yes.
7     Q  All right. And has that been happening
8  since HAVA?
9        MS. MESSICK: Objection. Object to the
10 form. Lack of foundation and outside the scope.
11    A  I can't speak to that, because I haven't
12 been here since HAVA and the administration
13 obviously wasn't, but I can't say that that part
14 has not changed with this administration.
15    Q  Let me clarify. That part, the
16 citizenship check has not changed with your
17 administration; is that correct?
18    A  That's correct.
19    Q  Okay.
20    A  And if I can, the verification process was
21 not being paid attention to really at all specific
22 to citizenship.
23    Q  Let me make sure I understand that. Prior
24 to Secretary Allen's administration, the
25 verification process was not being -- did you say

**31**

1  it was not being completed with regard to
2  citizenship?
3        MS. MESSICK: Objection, object to the
4  form. Misstates prior testimony.
5        MR. FERGUSON: I am just asking what he
6  testified.
7        MS. MESSICK: I understand.
8     A  So what I am saying is, the responses we
9  have already discussed, right? They come back
10 when the number matches or doesn't match. It
11 gives you a response and you take action or you
12 don't on that response. And in -- and in some
13 instances in prior years it -- registrars were not
14 paying attention to that response or if they were
15 they were not acting on that response. So I could
16 have registered to vote, provided a bunk driver's
17 license number, just made it up, and it doesn't
18 verify and yet you still registered me to vote.
19 That is what's changed. It's not specific to
20 citizenship.
21    Q  Okay. For the 3,251 people on the list,
22 did your office determine whether they had gone
23 through that verification process involving a
24 citizenship check previously?
25    A  To get on the voting rolls, your numbers

**32**

1  would have been sent. Now the numbers may not
2  have been properly paid attention to or handled
3  based on the response.
4     Q  Okay. So you don't know whether the
5  people on that list had their citizenship checked
6  as part of the verification process when they
7  originally registered?
8        MS. MESSICK: Object to the form.
9  Misstates prior testimony.
10    A  I don't know that when the verification
11 process ran those, anything was paying attention
12 to if they were registered in prior years.
13    Q  Okay. If someone wants to use the update
14 form on election day -- scratch that. Withdrawn.
15       If someone on the list goes to vote on
16 election day, they haven't filled out a
17 registration form, and a poll worker forgets to
18 give them the update or re-identification form, is
19 that person's ballot counted?
20    A  I'm sorry. You are going to have to say
21 that again. I didn't totally understand that.
22    Q  So if a voter who is on the list doesn't
23 submit a new registration form and then wants to
24 vote in person but the poll worker forgets to give
25 them the update or re-identification form, what

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

**33**

1 happens with that voter?
2    A If they are just given a regular ballot
3 and they weren't provided the update form to
4 complete first, then they wouldn't have been
5 following the process properly, according to the
6 law, and their ballot would count, same as
7 everyone else.
8    Q Okay. So just I think a couple more
9 questions on this topic.
10    You've testified for the people who are on
11 the list if they fill out the update form on
12 election day and cast a ballot, that ballot will
13 count regardless of what happens with the update
14 form; is that correct?
15    A When you say regardless of what happens
16 with it, you mean regardless of the registrars and
17 their processing?
18    Q Yes.
19    A That's correct.
20    Q Okay. And at the beginning we talked
21 about the secretary's press release which said
22 that voters on the list would be allowed to vote
23 against -- again, once verified; is that correct?
24    MS. MESSICK: To the court reporter, read
25 that back, please?

**34**

1    (The following testimony was read:
2    "QUESTION: Okay. And at the beginning we
3 talked about the secretary's press release which
4 said that voters on the list would be allowed to
5 vote against -- again, once verified; is that
6 correct?")
7    A Well, specifically, it says to update
8 their information on the form and once verified
9 vote in the state's elections.
10    Q Correct, but these voters we are
11 describing who fill out the update form can vote
12 even without any verification; is that right?
13    A They can vote in this election even
14 without any verification.
15    Q Okay.
16    A After they fill out the form.
17    Q I didn't catch those last two words?
18    A After they fill out the form. They have
19 to fill out the form.
20    Q Who is involved in creating the process?
21    A Counsel, Secretary of State.
22    Q Were you involved?
23    A Yes.
24    Q Okay. Anyone else?
25    A When you said -- sorry. Your question

**35**

1 started with creating the process? What do you
2 mean by that? What does that include?
3    Q That includes deciding to send the press
4 release, creating the list of 3,251 voters,
5 contacting other state agencies to create the list
6 of 3,251, sending the letters to boards of
7 registrars instructing them to contact voters, all
8 of those steps.
9    A Okay. Just to make sure I understand,
10 creating the process you include those things do
11 you mean performing the process as well or just
12 the ideas and the creating?
13    Q The people who decided. I am not asking
14 for everyone who typed out a letter. I am just
15 asking for people who decided these things should
16 happen.
17    MS. MESSICK: I am going to object to the
18 form. That's ambiguous. I think what you're
19 asking for is who had substantial -- who had input
20 in designing the process. You're not asking about
21 who implemented which is what he was concerned
22 about but...
23    MR. FERGUSON: That's fine.
24    MS. MESSICK: -- sole decision-making so I
25 think decision-making is confusing. Are you

**36**

1 asking him who had input on the design of the
2 process?
3    MR. FERGUSON: Yes.
4    You can answer that question.
5    A I would state the answer that counsel,
6 Secretary of State and me.
7 BY MR. FERGUSON:
8    Q And who as counsel?
9    A Our counsel is Mike Jones and Meredith
10 Blackburn.
11    Q Anyone else besides those four people?
12    A The secretary's consultant, Angie Horn I
13 think would have been somehow involved maybe.
14    Q And when did your office come up with the
15 design of the process?
16    A Well, that's -- that's a hard question to
17 answer because we -- the process -- our effort
18 started in October of 2023, so contacting many
19 different federal agencies. You have all the
20 exhibits showing many different approaches and
21 attempts to receive help to reform the process so
22 it's an ongoing pursuit. I can't tell you the
23 exact day when it was landed upon. The
24 August 13th was the first step.
25    Q Okay. And your office -- you in your

37

1  declaration you explain that as part of the
2  process, your office used data from ALEA and the
3  Department of Labor; is that right?
4      A  Yes.
5      Q  Did you attempt to get data from any other
6  state agencies?
7      A  Yes.
8      Q  Okay.  Which ones?
9      A  Earlier on we asked the Medicaid and DHR,
10  Department of Human Resources.  I don't know how
11  they go exactly by their name but those agencies.
12      Q  Okay.  And at some point everyone on the
13  list had provided a noncitizen identification
14  number to ALEA or the Department of Labor; is that
15  right?
16      A  Yes.
17      Q  Okay.  And how far back in time did that
18  data go?  What I mean by that is, if someone had
19  provided a noncitizen identification number, let's
20  say, ten years ago, would they show up on the
21  list?
22      MS. MESSICK:  Object to the form,
23  compound.
24      A  So I believe my letter to DOJ has the
25  dates in there so I probably would want to look at

38

1  that to give you an accurate answer.
2      Q  Okay.  The data that you receive from
3  those agencies, did that include data only for
4  people who first registered to vote and then later
5  provided the noncitizen identification number to
6  one of the agencies?
7      A  First registered to vote and then later
8  provided the number to the agency, not
9  necessarily, no.
10      Q  Okay.  So it included people who
11  registered to vote first and then provided the
12  number and then also the reverse so they provided
13  the number and then registered after that?
14      A  Well, basically the data that we had did
15  not provide that ability so I can't either way.
16      Q  So your office hasn't distinguished
17  between those two groups of people?
18      A  Between people who registered first or
19  applied first?
20      Q  Right.
21      A  No.
22      Q  Okay.  Once your office got the data from
23  those two agencies, did you do any kind of check
24  to see whether anyone on the list of 3,251 was a
25  citizen?

39

1      MS. MESSICK:  Object to the form.  Lack of
2  foundation.
3      A  We performed a lot of matching to limit
4  the list from large numbers to small, as small as
5  we could get.  Comparing different pieces of
6  information with our voter file depending on the
7  list you're asking.
8      You asked specifically what now?
9      Q  Once you have the list of 3,251 people,
10  did your office perform any kind of check to see
11  if anyone on that list was a U.S. citizen?
12      A  Well, our office requested to perform that
13  check or to receive information to help us perform
14  that check for 290 something days and were not
15  able to receive any information from the entity
16  that is the custodian of that information.  So
17  when we got the -- we got the list from Labor and
18  ALEA, we performed -- limited that number which
19  ended up being thirty-two fifty-one and made sure
20  they were registered to vote, send it out to the
21  counties.  And then we emailed additional guidance
22  to the counties in early September that told them
23  to check the numbers that were currently on file.
24  And if that was verified, then they would
25  reactivate them.  So, yes, after we send it out.

40

1      Q  Okay.  And so there is no check performed
2  before any of the letters were sent out?
3      MS. MESSICK:  Object to form.  Ambiguous.
4  Misstates prior testimony.
5      A  The counties performed the check when they
6  run that information so they run it one by one
7  individually and check those numbers and click
8  save and it runs against the database.  So it's
9  the county board of registrars that perform that.
10      Q  When did they do that?
11      A  Well, either me, ALEA sent the list to
12  them or at least upon the guidance that we sent
13  instructing them to do so.  I can't tell you when
14  they did it.  That's -- we instructed them to do
15  so.
16      Q  And what did those counties -- how did
17  those counties perform that check?
18      MS. MESSICK:  Object to the form.  Asked
19  and answered.
20      A  So the counties had to go to these records
21  individually to create the letter and to send it
22  out to the voter, to that specific address, et
23  cetera.  When they would go to that record, they
24  would click save for those numbers, which would
25  perform a recheck of those databases.  And if they

41

1 weren't verified before for whatever reason and
2 they come back verified now, and the information
3 has changed, maybe something is updated on the
4 voter's end. Maybe the system was down. I can't
5 tell you what the reason is. If they come back
6 verified, they would take no further action and
7 the voter is fine.
8     Q Let's talk about the letter you mentioned
9 in your declaration, and that's Exhibit 2, if you
10 want to take a look at it. This letter was sent
11 from registrars to voters on the list in August;
12 is that right?
13     A Well, only thing I can confirm for you is
14 we sent this letter to the registrars to use on
15 August 13th.
16     (Exhibit 2 Template Letter marked for
17 identification.)
18     Q Right. And this letter does not tell any
19 voter that they can use an update form to vote on
20 election day; is that right?
21     A Yeah, this tells them to submit the
22 enclosed registration form to update.
23     Q Why didn't this letter include the option
24 of the update form?
25     A So we are clear the option was provided on

42

1 the September letter.
2     Q Right.
3     A This is more than two months prior to the
4 voter registration deadline. The September one
5 was closer to a month prior to voter registration
6 deadline and includes additional guidance about
7 the options that you have as you approach the
8 election. So at the time this was proper
9 guidance.
10     Q When this letter was distributed to the
11 registrars, did your office already know that
12 voters on the list would be able to use the update
13 form to be able to vote in November?
14     A Yes.
15     Q Okay. And let's talk about Exhibit 3 now,
16 the September letter that you just mentioned.
17     (Exhibit 3 September Letter marked for
18 identification.)
19     Q Is this letter, the September letter, an
20 accurate description of how the process operates?
21     MS. MESSICK: Object to the form,
22 compound.
23     A Yes.
24     Q So for someone who receives this letter,
25 if they miss the October 21st registration

43

1 deadline but they want to have their status
2 resolved before election day, do they have any
3 options?
4     A No.
5     Q Okay. I want to go back to your
6 declaration, and we can -- well, let me -- we
7 don't need to look at it yet. Obviously you can,
8 if you need to.
9     In your declaration you say that about 900
10 people from the list are now active voters; is
11 that correct?
12     MS. MESSICK: Object to the form. I think
13 that's ambiguous.
14     A Can I look at it?
15     Q Yeah, sure. So it's page 25.
16     MS. MESSICK: I am giving him your
17 Exhibit 4, which is the declaration.
18     (Exhibit 4 Declaration of Clay Helms marked for
19 identification.)
20     Q I am looking at paragraph 62, page 25.
21     A Okay.
22     Q So my question is, is it accurate that
23 about 900 people from the original list are now
24 active voters?
25     MS. MESSICK: Object to the form.

44

1 Misstates prior testimony.
2     A Let's be clear. You said now active. So
3 they are active at that time. They could have
4 previously been active as well.
5     Q Right. Okay. So that means essentially
6 out of the list of 3200, 900 are now active and
7 somewhere around 2300 are inactive under your
8 assessment?
9     MS. MESSICK: Object to the form.
10 Misstates prior testimony.
11     A As of September 25th, well, some were
12 removed as well so it wouldn't be, like, subtract
13 902, 1351 and you get the inactive. Some were
14 self-removed, they died, whatever.
15     Q Okay. Those self-removals were about 100
16 people. I think I remember from your declaration.
17 Does that sound right?
18     A I think the number we put in was 91.
19     Q Okay.
20     A At the time that we issued this
21 declaration.
22     Q Okay. So let's just say for purposes of
23 this question I am not trying to tie you to an
24 answer or anything, that there are about 2200
25 people inactive.

45

1      MS. MESSICK: Object to the form.
2  Misstates prior testimony.
3      MR. FERGUSON: Okay.
4      Q  If those 2200 remain inactive, do you
5  believe that those people are all noncitizens?
6      MS. MESSICK: Object to the form. Calls
7  for speculation. Lack of foundation.
8      A  If the ones that are inactive are still
9  inactive, then they need to fill out an update
10 form or fill out a registration for October 21st.
11     Q  Sure. I am just asking if you believe
12 those people are noncitizens.
13     MS. MESSICK: Object not form. Lack of
14 foundation. Calls for speculation.
15     A  We don't know that they are noncitizens.
16 That's why we are performing this process,
17 reaching out, providing them an opportunity to
18 provide an update and to be on the list. We just
19 know that they provided information that they were
20 noncitizens.
21     Q  And when your office implemented the
22 program, how many people out of the 3,251 did you
23 believe were likely noncitizens?
24     MS. MESSICK: Object not form. Calls for
25 speculation. Lack of foundation.

46

1      A  We didn't have a number that were likely.
2  All we had was the data that we had, which is why
3  we spent a year asking for it from the Federal
4  Government.
5      MR. FERGUSON: Okay. I believe we are at
6  just over one hour right now. So since we are
7  halfway through, let's take a 10-minute break and
8  reconvene. Is that good with everyone?
9      MS. MESSICK: Yes. Thank you.
10     MR. FERGUSON: Can we do a time check from
11 Sandy, please?
12     (A break was taken.)
13     MR. FERGUSON: Are we back on? Great.
14 BY MR. FERGUSON:
15     Q  Mr. Helms, do registrars in Alabama have
16 access to ALEA or Department of Labor databases?
17     MS. MESSICK: I am going to object to the
18 form. That's ambiguous.
19     A  For ALEA they don't have direct access to
20 their database. They make direct calls back and
21 forth between the two databases but not for labor.
22     Q  Do registrars have the ability to check
23 the SAVE database?
24     A  No.
25     Q  Okay. So I am going to bring up Exhibit 5

47

1  right now.
2      (Exhibit 5 Department of Justice Declaration
3  marked for identification.)
4      Q  I would like you to go to paragraph nine
5  and ten which is starting on page two and going to
6  page three. Okay. So in paragraph nine it
7  mentions that 47 records in the secretary's list
8  have certificate of naturalization in the document
9  type field.
10     MS. MESSICK: Object to the form.
11 Misstates the testimony.
12     MR. FERGUSON: Okay. I haven't asked the
13 question yet. I am reading from the document.
14     MS. MESSICK: The document doesn't refer
15 to the secretary's list and you stopped speaking
16 so that's why I objected. I am happy to renew my
17 objection when the question is over.
18 BY MR. FERGUSON:
19     Q  Does that indicate to you that people on
20 the secretary's list of 3,251 people were
21 naturalized citizens?
22     A  Yes.
23     Q  Okay. And why were these individuals not
24 taken off the list of 3,251 people?
25     A  So the list that ALEA gave us was time

48

1  frame was around June, and we only later asked for
2  additional fields for documents or alien numbers,
3  things like that, that we could potentially use
4  against some federal database, which obviously
5  didn't work out.
6      And we did not know that this certificate
7  of naturalization meant that they have provided an
8  updated certificate or there was some error made
9  on ALEA's part that left them on that list for us
10 to send out. So we weren't aware that that's what
11 they meant.
12     Q  Okay. When did you discover what that
13 meant?
14     A  Well, we started checking on it when we
15 got this declaration.
16     Q  Okay. And what have you done with regard
17 to the 47 records mentioned there?
18     A  We checked -- immediately checked with
19 ALEA that those records had either since June
20 updated information with ALEA, like gain
21 citizenship or naturalization, et cetera, since
22 that June record poll or this June record list, and
23 we limited it down to the number of records that
24 are still inactive and have sent that to the
25 county registrars instructing them to make those

49

1    individuals active and to send them voter
2    information card where they don't have to take any
3    further action to vote.
4        Q  Okay.  Do you know for sure that all of
5    those voters are now on the active voters list?
6        A  We are currently confirming that now.
7    Some, yes.  We sent the list out yesterday.
8        Q  Okay.  I'd like to go to Exhibit 14,
9    please.  This is one of the confidential ones, but
10   we can start by looking at the first page of that
11   exhibit, which is not marked confidential.
12       (Exhibit 14 Document ALA 00000575-578 marked
13   for identification.)
14       MS. MESSICK:  Exhibit 14 that I am giving
15   the witness has been redacted by Sharpie.
16       MR. FERGUSON:  Okay.
17   BY MR. FERGUSON:
18       Q  Do you recognize this email?
19       A  Yes.
20       Q  Okay.  And this email refers to a list
21   that's also on the exhibit of roughly 20 to 25
22   people who receive the August letter and then
23   contacted your office to complain to say that they
24   were citizens; is that correct?
25       A  Yes.

50

1        Q  Okay.  And the email is dated August 23rd,
2    so that's 10 days after the press release,
3    correct?
4        A  Yes.
5        Q  Okay.  And when you -- when your office
6    received this email, did that lead you to operate
7    the process any differently?
8        A  No, other than if we received information,
9    that the information was inaccurate we would have
10   the individuals instruct the registrars to
11   reactivate them.
12       Q  Okay.  What do you believe is the State of
13   Alabama's interest in the process?
14       A  Ask me that again, please.
15       Q  In your view, what is the State of
16   Alabama's interest in the process?
17       MS. MESSICK:  Object to the form.  Lack of
18   foundation.
19       A  In my view so -- the office?
20       Q  Yes.
21       A  So Secretary Allen takes very seriously
22   his oath and his constitutional duty and that
23   includes ensuring that every Alabamian U.S.
24   citizen is registered to vote.  And anybody that
25   is not qualified to be registered to vote is not

51

1    registered to vote and voting.  And citizenship is
2    one of the many things in which you can or cannot
3    register to vote.
4        Q  And can you explain how this process in
5    particular prevents non U.S. citizens from voting
6    in Alabama?
7        A  This process shows that -- or the data
8    shows that these individuals either had an FN
9    license, so they are a foreign national at some
10   point and/or they provided information to the
11   Department of Labor that they were a noncitizen
12   and then provided a noncitizen number in that
13   field.  We were checking on their citizenship to
14   determine if, A, they were incorrectly registered,
15   if they didn't know if they registered in any way
16   or if they intentionally registered and have been
17   voted.  But that is an indicator that they
18   potentially do not deserve to be on the voting
19   rolls.  Just like if you're under the age of 18 or
20   if you committed a felony of moral turpitude or
21   you have been declared mentally incompetent, those
22   are indicators that you may not meet the
23   requirements to be registered to vote.
24       Q  And more specifically, how does the
25   requirement that the voters on the list either

52

1    submit a new registration form or an update form
2    serve the purpose of preventing noncitizens from
3    voting?
4        A  Well, first, by contacting -- if they are
5    not a citizen, they are able to self-remove by
6    filling out the form.  So that's one way that it's
7    -- bears fruit that the people are notified, if
8    they are on the voting rules.  If they are
9    registered by mistake, which we have seen or if
10   they are not a citizen which we have seen, they
11   are able to remove themselves from the rolls.
12       If they are a citizen, they can provide
13   updated information, including their driver's
14   license number or last four Social Security
15   number, which would be verified.  As you see in
16   instruction of registrars, if that information is
17   already on file, it would be activated.  If it's
18   wasn't on file, then it should have been on file
19   to begin with in order for them to be registered
20   so there are already a problem with their voting
21   record.
22       Q  But someone who is on the list and chooses
23   to use the update form will be able to vote
24   regardless of what happens with that verification;
25   is that correct?

53

1    MS. MESSICK: Objection. Asked and
2  answered.
3    **A They will be able to vote for this**
4  **election, but that does not mean that there is a**
5  **problem with their voting record and that they**
6  **will remain inactive for future elections.**
7    Q Okay. We mentioned absentee voters
8  before. Is it correct that if someone who is an
9  absentee voter is on the list, they can vote an
10 absenteed ballot without taking any additional
11 action in this election?
12   **A In regards to updating their voter**
13 **registration?**
14   Q Right.
15   **A That's correct. However, they will remain**
16 **an inactive voter and have to do it at some point**
17 **in time, so you're not getting around the**
18 **requirement that you update.**
19   Q But for purposes of November's election,
20 there is nothing preventing someone on the
21 absentee ballot list from voting, right?
22   MS. MESSICK: Object to the form. Can you
23 state that again?
24   MR. FERGUSON: Sure.
25 BY MR. FERGUSON:

54

1    Q Someone who is on the list and is an
2  absentee voter can vote without taking any
3  additional action, correct?
4    MS. MESSICK: Object to the form. It's
5  ambiguous.
6    **A Someone that is on the list that goes to**
7  **vote absentee can vote absentee without an update**
8  **form?**
9    Q Right.
10   **A As long as their information is correct,**
11 **like their address information and things we**
12 **discussed earlier.**
13   Q And that's true despite the State's belief
14 that that person is likely a noncitizen?
15   MS. MESSICK: Objection to the form.
16 Misstates prior testimony.
17   **A That's true for any absentee voter.**
18 **That's the process.**
19   Q So I want to make sure I am understanding
20 your declaration. There is something in your
21 declaration talking about people in Tuscaloosa who
22 are on the original list. Is it true that no one
23 in Tuscaloosa has been made inactive even if they
24 are on the list?
25   MS. MESSICK: Object to the form.

55

1  Ambiguous.
2    **A That's our understanding and our follow-up**
3  **instruction to them was based on that.**
4    Q Okay. And why have they not been made
5  inactive?
6    **A Well, Tuscaloosa didn't follow the**
7  **guidance that we provided, so that's simply why**
8  **that is the case.**
9    Q Okay. And when you discovered that
10 Tuscaloosa didn't provide that or didn't follow
11 that guidance, why did you not put those voters on
12 the inactive list?
13   MS. MESSICK: Object to the form. Lack of
14 foundation.
15   **A Our office has no authority to inactivate**
16 **or register or remove voters.**
17   Q Why did you not instruct the registrar in
18 Tuscaloosa to make those voters inactive?
19   **A You will see in my declaration talking**
20 **about the structure of the Secretary of State's**
21 **office with the voter registrars. So pretty**
22 **clearly discussed that we are to provide guidance**
23 **to the registrars. We don't hire the registrars**
24 **or directly over them with duties. There is a**
25 **separation of duties.**

56

1    Q Once you learned that the Tuscaloosa
2  voters hadn't been made inactive pursuant to your
3  original guidance, did you later instruct the
4  registrar not to make them inactive at all?
5    MS. MESSICK: Object to the form.
6  Ambiguous.
7    **A My understanding is that we instructed the**
8  **registrars to not send the follow-up second letter**
9  **to leave them as they were.**
10   Q How many people is that? Do you know?
11   **A Unless it's in one of these exhibits,**
12 **then -- let's see. I think in one of the**
13 **exhibits --**
14   THE WITNESS: Did we provide a breakdown
15 of the counties?
16   Q I don't want you to look it for. I just
17 wanted to know if you don't know off the top of
18 your head, it's okay.
19   All of those people on Tuscaloosa on the
20 list would be able to vote without doing anything
21 additional; is that correct?
22   MS. MESSICK: Object to the form.
23 Misstates prior testimony. Brent, I think some of
24 those people could have been inactive already is
25 my concern. They could have been inactive for

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

15 (57 to 60)

57

1 other reasons not having to do with the process.
2     MR. FERGUSON: Right.
3 BY MR. FERGUSON:
4     Q So the question is whether people who are
5 on the list in Tuscaloosa can be -- can vote in
6 this November's election without doing anything
7 else and that excludes people who are already
8 inactive for a -- or removed or inactive for a
9 different purpose?
10    A Yeah, excluding inactive and removed,
11 then, yes, that's our understanding. The
12 registrars may take a different action, but our
13 guidance was such.
14    Q And those people will be able to vote
15 despite the fact that they may be noncitizens?
16    A The guidance wasn't they shouldn't be
17 affected for the election, for this election.
18    Q Okay. Is that a concern to your office
19 that people who you have identified as noncitizens
20 will be able to vote in this election without
21 doing anything else?
22    MS. MESSICK: Object to the form.
23 Misstates prior testimony.
24    A It's a concern to our office for any
25 noncitizen to vote in the state of Alabama.

58

1     Q But you're not taking any other steps to
2 try to prevent that in this situation; is that
3 correct?
4     A As I said earlier, our office is not
5 authorized to remove voters or inactivate them.
6 We gathered the data as best we could without any
7 outside assistance, except for in the state of
8 Alabama we compared to the voters rolls, we issue
9 guides to the counties, and then it is counties'
10 authority to proceed in the rest of that process.
11 I would say we did as much as humanly possible
12 within this process that we are authorized to do
13 as the Secretary of State's office.
14    Q Do Alabama driver's licenses that are
15 issued to noncitizens have any different markings
16 on them?
17    A I can't answer for law enforcement agency.
18 Our understanding that foreign nationals are
19 issued an idea with an FN on the ID.
20    Q In this November's election, how are poll
21 workers supposed to handle it if a voter presents
22 one of those licenses that says FN on it?
23    MS. MESSICK: Object to the form. Object
24 is outside the scope.
25    A Yeah, that's an entirely different

59

1 process. So you're now going into photo ID
2 requirement, right? Is that what you're trying to
3 ask?
4     Q I am asking a simple question. How are
5 poll workers supposed to handle it if someone
6 presents a driver license to them on election day
7 with the FN designation?
8     MS. MESSICK: Object to form. Object as
9 outside the scope.
10    A Okay. In what scenario? Are they
11 registered to vote? Are they on the inactive list
12 for noncitizenship? Are they actively registered
13 to vote?
14    Q Let's start with someone who is on the
15 list.
16    A On the...
17    Q The list that we have been talking about
18 of 3,251 people.
19    A The person would be required to fill out
20 an update form we have been discussing. If they
21 complete that form and they provide a valid photo
22 identification, according to the law and the list
23 of valid identifications, then they are able to
24 vote a regular ballot as we have been talking
25 about.

60

1     Q So those people are treated no differently
2 than anyone else on the list?
3     A The people that provide a valid driver's
4 license or nondriver ID or other acceptable form
5 of ID?
6     Q With the FN designation on it.
7     A And it's unexpired?
8     Q It's -- yes, it's otherwise valid.
9     A I would say that if it's an acceptable ID
10 issued by ALEA and unexpired, then it is a valid
11 issued ID.
12    Q Did anyone from your office instruct
13 probate judges about how to handle people on the
14 list who presented a foreign national driver's
15 license in the last couple months?
16    MS. MESSICK: Objection. Scope.
17    A Ask me again, please.
18    Q Did anyone from your office give
19 instructions to Alabama probate judges about how
20 to handle it when someone from the list presented
21 a foreign national driver's license at the polls?
22    A Not on the list specifically, no.
23    Q Okay. But more generally, sorry.
24 Withdrawn.
25    Did anyone from your office instruct

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

16 (61 to 64)

61

1 probate judges about how they should handle
2 foreign national driver's licenses more generally?
3    A There's the photo ID law.
4    Q Okay.
5    A So yes.
6    Q What were those instructions?
7    A So verbal instructions speaking to the
8 probate judges, it would discuss that the FN
9 wasn't about ID because it's issued to a foreign
10 national or I guess at the time they are getting
11 it.
12    Our office has since looked at that and
13 determined that if it's a valid acceptable ID and
14 the person is registered to vote and is a citizen,
15 and their numbers are verified for their voter
16 registration and all that stuff, they are
17 registered to vote and that would be a valid ID.
18    Q Okay. And have you informed all probate
19 judges about that conclusion?
20    A No, we didn't issue any instruction about
21 FN.
22    Q Okay. Do you plan to do that?
23    A I would have to confer with counsel and
24 the Secretary of State makes that decision.
25    Q Okay. So is it correct that the process

62

1 identified by Secretary Allen in the August press
2 release will continue?
3    MS. MESSICK: Object to the form.
4    Q Let me make it more specific.
5    The press release identified the 3,251
6 people we have been talking about. Is it correct
7 that your office will continue to identify more
8 people to add to that list?
9    A So our office, either in the letter or the
10 declaration or both, made clear that we won't be
11 performing any additional steps prior to the
12 general election. So generally, no. Our office
13 does intend to perform future efforts on
14 preventing any in-eligible voter from voting,
15 being on Alabama's voting roll, including being a
16 noncitizen.
17    Q Okay. I would like to look at Exhibit 11.
18    (Exhibit 11 Document ALA 00000392 marked for
19 identification.)
20    Q This is an email from Laney Rawls. And
21 I'll read near the bottom of that email near the
22 signature block. She writes [Reading] This is
23 not -- sorry. Withdrawn.
24    [Reading] So far we have obtained
25 noncitizen identifying numbers from two state

63

1 agencies to crosscheck against our voter file and
2 we are still working to obtain more.
3    How is the office working to obtain more?
4    A My declaration I think speaks to this. I
5 would want to look at it for this specific answer.
6 All future efforts.
7    Q So she says "are working" in the present
8 tense. Is that inaccurate?
9    MS. MESSICK: Object to the form.
10 Ambiguous.
11    A Yeah, that was -- yeah, August 15th we...
12 that was two months ago, so we have not actively
13 sought out additional agencies. We have already
14 put in under oath that we are not performing
15 anymore functions before the general election.
16    Q Okay. So to be clear, this email is dated
17 August 15th, which is two days after the press
18 release identifying 3,251 people, correct?
19    A Yes.
20    Q Okay. But it's incorrect that your office
21 was working to obtain more on August 15th?
22    A No. Your questions earlier was that we
23 are still working to obtain more now I thought. I
24 need to re-answer your questions. I assumed you
25 were talking about now, which is why I referred to

64

1 two months later. Were you referring to
2 August 15th as what we were intending to do?
3    Q On August 15th when this email was sent,
4 was it accurate that you were working to obtain
5 more?
6    A I can't confirm it was for that this
7 election. Working to obtain more doesn't clarify
8 that it was for this election, so it could also
9 mean for future elections or for in future years
10 or for perpetuity.
11    Q Okay. We talked about the verification
12 process after a voter who is on the list submits
13 another registration form or fills out an update
14 format the polls. And I believe you testified
15 that registrars could use that, one of those two
16 forms to check citizenship, correct?
17    MS. MESSICK: Object to the form.
18    A I don't think I said that specifically. I
19 said that they were to use those numbers to
20 verify.
21    Q Okay. Does that verification involve a
22 citizenship check?
23    A My understanding is that one of the
24 responses has citizen implications and returns,
25 basically, yes/no.

65

1  Q Okay. What do you mean by one of the
2  responses?
3  A Well, we discussed earlier if it's not
4  found and it returns not found, if it's not
5  verified or returned not verified in general, I
6  think there is also a citizenship. I would have
7  to confirm that. I don't have a list of the
8  reasons or the things that are returned by the
9  ALEA and Social Security Administration. So I
10 would need to gather that to give you exact
11 answers.
12 Q Okay. But your belief -- let me withdraw
13 that.
14     Do you know whether that citizenship check
15 would come from ALEA or from the Social Security
16 Administration?
17 A I would have to check that. I don't know.
18 Q Okay. So you're not certain whether this
19 verification process, in fact, involves a
20 citizenship check; is that right?
21 A No, I am certain that portions of that
22 verification process has a citizenship component.
23 I can't tell you the specific agency or if they
24 are both doing it or what the exact wording it
25 comes back.

66

1  Q Okay. Do you know how ALEA would perform
2  a citizenship check in that circumstance?
3  A Not specifically, no.
4  Q Okay. Who, in your office, would know
5  that?
6     MS. MESSICK: Object to the form. Lack of
7  foundation.
8  A Well, ALEA would know that being they are
9  supposed to provide the information that our
10 office is working with.
11 Q Okay. Just one minute. Okay. I would
12 like to pull up Exhibit 12, please.
13 (Exhibit 12 Document ALA 00000491 marked for
14 identification.)
15 Q Okay. This is an email from ALEA to you;
16 is that correct?
17    MS. MESSICK: Object to the form.
18 A No. It's an email from ALEA to Adam
19 Alexander, IT director who then forwards it to me.
20 Q Okay. So do you see the part of the email
21 at the bottom from Nona Short that says [Reading]
22 Please provide the fields you plan to submit to us
23 for the new registrant file process?
24 A Yes.
25 Q What is the new registrant file process?

67

1  A That is not a specific term that we have
2  used or gone by: I would assume they are talking
3  about future data comparisons.
4  Q Future data comparisons for the purpose of
5  identifying potential noncitizens; is that right?
6     MS. MESSICK: Object to the form. Could
7  we please take a minute to read the email? He
8  didn't read the whole sentence.
9     MR. FERGUSON: Sure.
10 BY MR. FERGUSON:
11 Q I will say the question again. You
12 said -- let me withdraw that.
13     So this is referring to some kind of
14 process involved in trying to identify potential
15 noncitizens; is that correct?
16 A Well, she puts exactly what the return is
17 supposed to do in the email. [Reading] Return the
18 fields and match for registrants that have a
19 foreign national registration in our DB along with
20 the FN document number.
21     Which we would use as part of an effort to
22 return noncitizens that are on the nonvoting rolls
23 in Alabama.
24 Q Okay. And that is dated August 23rd; is
25 that right?

68

1  A Yes.
2  Q So as of August 23rd, there was an ongoing
3  process to identify additional potential
4  noncitizens?
5  A No. We were having conversations with
6  ALEA about future updated information, data pools
7  and I believe quarterly was discussed, so there is
8  nothing ongoing within this election cycle,
9  nothing right around August 23rd, et cetera.
10 Q The email asks for fields to submit on
11 August 23rd; is that right?
12 A Well, the email asks for future plans that
13 we plan to submit data fields that ALEA would have
14 to build and work within their data to be able to
15 return data to us. So this is all a building
16 process. So just because the email came through
17 on August 23rd doesn't mean that there was going
18 to be something taking place on August 23rd.
19 That's a lot of time.
20 Q Did your office respond to this email and
21 provide the fields that were requested?
22 A My understanding at this time is I have
23 not responded to this email.
24    MR. FERGUSON: Okay. I'd like to just --
25 I think I am gonna pass it to my colleague, or

69

1 pass it to Ms. Slater in a few minutes.
2      Can I check the time, Sandy?
3      (Off-the-record discussion.)
4      MR. FERGUSON: So I will pass in two
5 minutes.
6 BY MR. FERGUSON:
7    Q How is data from the SAVE program being
8 used as part of the process?
9      MS. MESSICK: Object to the form. Lack of
10 foundation. Misstates prior testimony.
11   **A We know ALEA and the Department of Labor**
12 **use some form of SAVE. You would need to ask**
13 **their agency on specifically how they are**
14 **utilizing SAFE. We don't have an MOU in it. You**
15 **receive the communications how we have tried to**
16 **gather that data so.**
17   Q Okay. Does the Department of Labor inform
18 your office if they have used SAVE for part of
19 this process?
20     MS. MESSICK: Object to the form.
21 Ambiguous.
22   **A No. We asked for alien identification**
23 **numbers for noncitizen identifying numbers if we**
24 **had that on file. That's what we assumed we**
25 **received.**

70

1    Q But to confirm, neither your office nor
2 any registrar has access to SAVE database
3 themselves; is that correct?
4    **A Yes, that's correct. Asked for MOUs and**
5 **then tried to work with USCIS on those and**
6 **provided documents of those communications.**
7    Q Okay.
8      MR. FERGUSON: I have no further questions
9 from now.
10     Ms. Slater, you can go ahead.
11     MS. MESSICK: Before you start, I do want
12 to state an objection on record. I do not believe
13 that the United States is entitled to ask any
14 questions. The private plaintiffs are the ones
15 who moved for expedited discovery. They got an
16 order granting their motion for expedited
17 discovery in part and that included a two-hour
18 deposition. I believe that it is the private
19 plaintiffs who have a right to take this
20 deposition. And the United States, as far as I'm
21 concerned, is welcome to be here and observe, but
22 I do not believe that you have a right to ask any
23 questions.
24     The court order actually was very clear
25 that if any party desires discovery outside the

71

1 scope of the order, they must request leave from
2 the Court. And earlier in the order, it talks
3 about adhering very closely to what is being
4 allowed. So United States also has not noticed
5 the deposition. I think that you asked your
6 questions at your legal peril.
7      If you want to take a break before you
8 start, I certainly would not object to doing that,
9 but I do want to state that objection.
10     I also believe that we have been on the
11 record hour and 43 minutes at the beginning so we
12 are fewer than 15 minutes left.
13     MS. SLATER: Thank you, Ms. Messick. I
14 will state that no break will be needed. I will
15 respond on the record to say that paragraph four
16 of the Court's October 1st order details the scope
17 of this deposition and nothing in paragraph four
18 precludes the United States' participation in this
19 deposition.
20 EXAMINATION
21 BY MS. SLATER:
22   Q Mr. Helms, I want to start by asking you
23 if a noncitizen engaged in identity theft and
24 registered to vote using identification associated
25 with a United States citizen, would this process,

72

1 would the process have flagged an individual as a
2 noncitizen?
3      MS. MESSICK: Object to the form. Lack of
4 foundation.
5    **A So noncitizen steals a citizen's ID and**
6 **entity and, what?**
7    Q If they took the identification of a U.S.
8 citizen, would this program that was announced on
9 August 13th, would that have flagged that
10 individual as a noncitizen?
11   **A Well, if they are using a citizen's ID and**
12 **numbers and all of their information and**
13 **fraudulently and illegally voting, they would be**
14 **breaking a whole bunch of laws. This would not**
15 **target that identity theft.**
16   Q Thank you. And I want to clarify what you
17 referenced in your declaration about the
18 Tuscaloosa Board of Registrars. Did Tuscaloosa
19 send the template letter to the voters your office
20 provided them that was sent to them on
21 August 13th?
22   **A Can I look at the declaration real fast?**
23     MS. MESSICK: Would you know where that's
24 at?
25     MS. SLATER: It's in paragraph 51 on page

73

1  21.
2      A Office was informed that the Tuscaloosa
3  registrar sent the initial August letter without
4  immediately making the letter recipients inactive
5  so yes.
6      Q So to your knowledge, did all other boards
7  of registrars send that template letter to the
8  voters who provided them?
9      A I don't have any evidence of any others
10  not sending.
11     Q And was the failure of Tuscaloosa to
12  inactivate the voters you instructed them to, was
13  that an error or refusal on their part?
14         MS. MESSICK: Objection. Lack of
15  foundation.
16     A Not that I understand. Our understanding
17  was that Tuscaloosa went ahead and sent the letter
18  and they intended to go back and make each of
19  these individuals inactive later in time, maybe
20  when they had more time. Our understanding was
21  that they were going to, but they didn't follow
22  the instruction.
23     Q And based on your past practice and
24  interactions with the Tuscaloosa Board of
25  Registrars, do you believe if you had indicated to

74

1  Tuscaloosa that these voters should be inactivated
2  that they would have declined to follow that
3  instruction?
4         MS. MESSICK: Objection. Lack of
5  foundation.
6      A I don't --
7         MS. MESSICK: Calls for speculation.
8      I'm sorry.
9      A I don't have evidence of them declining in
10  the past. We have had evidence of registrars not
11  following instructions.
12     Q Did all other boards of registrars
13  inactivate the voters you instructed them to
14  inactivate?
15     A I can't confirm that with certainty. As I
16  said a minute ago, I don't have evidence of any
17  other county not following the instruction.
18     Q The motivation for the process was keeping
19  noncitizens off the rolls; is that right?
20     A Well, the purpose was to remove
21  noncitizens that were already on the rolls and
22  illegally and were potentially voting.
23     Q Is that why the Secretary of State's
24  office instructed the boards of registrars to
25  inactivate these voters?

75

1         MS. MESSICK: Object to the form.
2  Ambiguous.
3      A What did you say a second ago, for the
4  purposes of removing the voters?
5      Q Yes.
6         MS. MESSICK: Could the court reporter
7  read it back, please?
8         (The following testimony was read:
9         "QUESTION: Is that why the Secretary of
10  State's office instructed the boards of registrars
11  to inactivate these voters?")
12     A Yes.
13     Q I am going to talk about the records you
14  received from the Department of Labor.
15         Did you received any records of
16  individuals who had corrected their records with
17  the Department of Labor to show that they are, in
18  fact, citizens?
19     A Can you say that again? You kind of went
20  in and out for a second?
21     Q Sure. Did you receive any -- did your
22  office receive any records from the Department of
23  Labor that showed that individuals who had
24  previously been associated with a noncitizen
25  number had corrected that error in their records?

76

1      A I am not sure I fully understand. Are you
2  saying did we receive any individuals or receive
3  that on a report?
4      Q Yes, any evidence showing that they had
5  corrected the records showing that they were not a
6  citizen to show that they were, indeed, a citizen.
7         MS. MESSICK: Objection to the form. I
8  don't understand the question.
9         MS. SLATER: I will ask again.
10  BY MS. SLATER:
11     Q Did you receive any records from the
12  Department of Labor showing that an individual had
13  corrected records that it previously shown that
14  they were a noncitizen?
15         MS. MESSICK: Object to the form.
16  Ambiguous. Are you asking him if they got records
17  that show that these people have corrected their
18  records or are you asking him if they got
19  records -- if there are people on the list for
20  whom it turns out to be true that they had
21  corrected records with labor?
22         MS. SLATER: I was asking the first, if
23  they received records showing that someone had
24  corrected their records showing that they were a
25  noncitizen.

77

1   A  Well, I mean, without looking at the data
2   specifically, I couldn't 100 percent confirm.  I
3   can say that we -- if we were aware and knowing
4   that somebody had proved their citizenship, we
5   would not have used that record because there
6   would be no reason to.
7       Q  And are you aware of anyone included in
8   the Department of Labor records who did not
9   actually submit an application to the Department
10  of Labor?
11      A  No.  I'm aware of a declarant who filled
12  out but did not complete or submit an application.
13  Which I don't understand -- I don't understand how
14  that could work and them not receive it without it
15  being submitted.  I don't have the facts on that.
16      Q  Does the Secretary of State's office issue
17  guidance to the boards of registrars regarding
18  election practices and procedures?
19      A  Yes, specific to their part of the
20  election.
21      Q  Does the Secretary of State's office offer
22  training to the boards of registrars regarding
23  their roles?
24      A  Yes.
25      Q  And are there any rules that bind the

78

1   registrars to the Secretary of State's directives?
2       MS. MESSICK:  Did you ask if there are
3   rules?
4       MS. SLATER:  Yes.
5       MS. MESSICK:  Object to the form.  Calls
6   for a legal conclusion.
7       A  Yeah, that's putting a lot of stuff
8   together.  We have administrative rules that
9   discuss the forms.  We have administrative rules
10  that discuss the hours of the registrars.  We have
11  numerous administrative rules regarding voter
12  registration.  There are state laws that tell the
13  registrars a lot of things what they have to do
14  and how to do it so it's a -- that's very broad
15  for me to answer.
16      Q  Has the board of -- I may have already
17  asked this, but I want to be clear on this point.
18      Has the board of registrars ever refused
19  to make a change of a voter's registration status
20  that you instructed them to make?
21      MS. MESSICK:  Object to the form.
22  Ambiguous.
23      A  We have had registrars not follow
24  instructions plenty of times.  I don't know if
25  that was a refusal or a misunderstanding or if

79

1   they just didn't want to do it or they are too
2   busy.  There are many reasons why you would not
3   follow an instruction.  But that part has happened
4   and probably will continue to happen.
5       Q  To be clear, has -- are you aware of any
6   incident where a board of registrars deliberately
7   refused to inactivate a voter's registration
8   status?
9       MS. MESSICK:  Object to the form.
10  Ambiguous.
11      A  Knowing what I know right now, I am not
12  aware of evidence of the registrar deliberately
13  refusing to receive and carry out the guidance of
14  the Secretary of State.  I can't speak
15  historically.
16      MS. SLATER:  I think that's all for the
17  United States.
18      MS. MESSICK:  Sandy, how much time have we
19  used?
20      (Off-the-record discussion.)
21      MS. MESSICK:  The first hour was an hour
22  and three minutes.  I don't have any questions.  I
23  think we are done.
24      MR. FERGUSON:  Thanks very much.
25      (Off-the-record discussion.)

80

1       MS. SLATER:  I would like a copy.
2       Ms. Messick, do you intend to have your
3   deponent read and sign the transcript?
4       MS. MESSICK:  Yes.  I'm sorry.  We did
5   want to reserve read and sign.
6       (Off the record at 1:10 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

81

1       ACKNOWLEDGMENT OF DEPONENT
2       I, CLAY SHELBY HELMS, do hereby
3   acknowledge that I have read and examined the
4   foregoing testimony, and the same is a true,
5   correct and complete transcription of the
6   testimony given by me and any corrections appear
7   on the attached Errata sheet signed by me.
8
9
10  _____
11  (DATE)              (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

82

1       CERTIFICATE OF SHORTHAND REPORTER
2              NOTARY PUBLIC
3       I, Sandra Robertson, Certified Court
4   Reporter and Notary Public, the officer before
5   whom the foregoing deposition was taken, do hereby
6   certify that the foregoing transcript is a true
7   and correct record of the proceedings; that said
8   testimony was taken by me stenographically and
9   thereafter reduced to typewriting under my
10  supervision; that reading and signing was
11  requested; and that I am neither counsel for nor
12  related to, nor employed by any of the parties to
13  this case and have no interest, financial or
14  otherwise, in its outcome.
15      IN WITNESS WHEREOF, I have hereunto set my
16  hand and affixed my notarial seal this 10th day of
17  October, 2024.
18
19  _____
20
21  License Number:  30XI00209500
22  License Expiration:  6/30/26
23
24
25

Transcript of Clay Shelby Helms
Conducted on October 9, 2024
22

| A | | | |
|---|---|---|---|
| **ability** | **absenteed** | **add** | 76:9 |
| 18:23, 38:15, | 53:10 | 62:8 | **against** |
| 46:22 | **acceptable** | **additional** | 14:24, 19:19, |
| **able** | 60:4, 60:9, | 39:21, 42:6, | 28:16, 28:20, |
| 13:18, 18:3, | 61:13 | 48:2, 53:10, | 33:23, 34:5, |
| 18:25, 19:24, | **access** | 54:3, 56:21, | 40:8, 48:4, 63:1 |
| 20:16, 20:18, | 46:16, 46:19, | 62:11, 63:13, | **age** |
| 23:5, 23:10, | 70:2 | 68:3 | 51:19 |
| 27:20, 39:15, | **according** | **address** | **agencies** |
| 42:12, 42:13, | 27:13, 33:5, | 21:17, 21:18, | 35:5, 36:19, |
| 52:5, 52:11, | 59:22 | 21:19, 21:20, | 37:6, 37:11, |
| 52:23, 53:3, | **accurate** | 40:22, 54:11 | 38:3, 38:6, |
| 56:20, 57:14, | 15:2, 20:17, | **adhering** | 38:23, 63:1, |
| 57:20, 59:23, | 23:18, 38:1, | 71:3 | 63:13 |
| 68:14 | 42:20, 43:22, | **administration** | **agency** |
| **about** | 64:4 | 15:1, 26:5, | 14:25, 29:18, |
| 9:2, 11:23, | **accurately** | 29:22, 30:1, | 38:8, 58:17, |
| 12:2, 12:25, | 12:6, 13:6 | 30:12, 30:14, | 65:23, 69:13 |
| 13:1, 13:3, | **acknowledge** | 30:17, 30:24, | **agency's** |
| 16:13, 17:10, | 81:3 | 65:9, 65:16 | 19:19 |
| 18:22, 20:7, | **acknowledgment** | **administration's** | **ago** |
| 22:2, 22:5, | 81:1 | 19:21 | 25:3, 37:20, |
| 24:13, 24:20, | **act** | **administrations** | 63:12, 74:16, |
| 25:1, 27:3, | 14:17 | 27:5, 29:11, | 75:3 |
| 28:4, 33:21, | **acting** | 29:12 | **agree** |
| 34:3, 35:20, | 31:15 | **administrative** | 8:6, 12:20 |
| 35:22, 41:8, | **action** | 78:8, 78:9, | **ahead** |
| 42:6, 42:15, | 18:4, 31:11, | 78:11 | 9:10, 27:10, |
| 43:9, 43:23, | 41:6, 49:3, | **administrator's** | 27:23, 70:10, |
| 44:15, 44:24, | 53:11, 54:3, | 29:7 | 73:17 |
| 54:21, 55:20, | 57:12 | **affect** | **al** |
| 59:17, 59:25, | **activate** | 23:20 | 1:7, 1:13 |
| 60:13, 60:19, | 18:1, 27:24 | **affected** | **ala** |
| 61:1, 61:9, | **activated** | 57:17 | 7:18, 7:19, |
| 61:19, 61:20, | 52:17 | **affixed** | 7:20, 49:12, |
| 62:6, 63:25, | **active** | 82:16 | 62:18, 66:13 |
| 64:11, 67:3, | 18:3, 19:5, | **after** | **alabama** |
| 68:6, 71:3, | 21:11, 24:10, | 8:3, 24:8, | 1:2, 1:5, 1:12, |
| 72:17, 75:13 | 43:10, 43:24, | 29:2, 34:16, | 1:21, 4:19, |
| **absentee** | 44:2, 44:3, | 34:18, 38:13, | 6:15, 6:18, |
| 21:11, 21:13, | 44:4, 44:6, | 39:25, 50:2, | 14:11, 14:24, |
| 21:15, 21:20, | 49:1, 49:5 | 63:17, 64:12 | 19:19, 26:12, |
| 21:22, 53:7, | **actively** | **again** | 29:18, 46:15, |
| 53:9, 53:21, | 59:12, 63:12 | 13:13, 17:15, | 51:6, 57:25, |
| 54:2, 54:7, | **actually** | 32:21, 33:23, | 58:8, 58:14, |
| 54:17 | 70:24, 77:9 | 34:5, 50:14, | 60:19, 67:23 |
| | **adam** | 53:23, 60:17, | **alabama's** |
| | 66:18 | 67:11, 75:19, | 50:13, 50:16, |

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

62:15
**alabamian**
50:23
**alea**
26:4, 26:13,
26:14, 28:21,
29:22, 30:4,
37:2, 37:14,
39:18, 40:11,
46:16, 46:19,
47:25, 48:19,
48:20, 60:10,
65:9, 65:15,
66:1, 66:8,
66:15, 66:18,
68:6, 68:13,
69:11
**alea's**
19:21, 48:9
**alexander**
66:19
**alien**
48:2, 69:22
**all**
8:7, 8:8, 8:9,
8:20, 8:22,
10:7, 10:16,
19:16, 24:8,
26:20, 26:22,
30:7, 30:21,
35:7, 36:19,
45:5, 46:2,
49:4, 56:4,
56:19, 61:16,
61:18, 63:6,
68:15, 72:12,
73:6, 74:12,
79:16
**allen**
1:10, 1:22,
29:13, 50:21,
62:1
**allen's**
13:5, 30:24
**allowed**
33:22, 34:4,
71:4
**along**
67:19

**already**
16:1, 18:1,
19:22, 20:10,
27:2, 27:22,
31:9, 42:11,
52:17, 52:20,
56:24, 57:7,
63:13, 74:21,
78:16
**also**
6:22, 8:13,
24:15, 38:12,
49:21, 64:8,
65:6, 71:4,
71:10
**ambiguous**
35:18, 40:3,
43:13, 46:18,
54:5, 55:1,
56:6, 63:10,
69:21, 75:2,
76:16, 78:22,
79:10
**america**
1:18, 14:17
**anew**
15:17
**angie**
36:12
**announced**
72:8
**another**
28:2, 64:13
**answer**
9:10, 15:3,
16:15, 16:16,
17:13, 36:4,
36:5, 36:17,
38:1, 44:24,
58:17, 63:5,
78:15
**answered**
40:19, 53:2
**answers**
65:11
**any**
10:11, 15:14,
18:4, 18:15,

19:25, 20:19,
21:3, 22:21,
23:20, 27:7,
29:4, 34:12,
34:14, 37:5,
38:23, 39:10,
39:15, 40:2,
41:18, 43:2,
49:2, 50:7,
51:15, 53:10,
54:2, 54:17,
57:24, 58:1,
58:6, 58:15,
61:20, 62:11,
62:14, 70:2,
70:13, 70:22,
70:25, 73:9,
74:16, 75:15,
75:21, 75:22,
76:2, 76:4,
76:11, 77:25,
79:5, 79:22,
81:6, 82:12
**anybody**
50:24
**anymore**
63:15
**anyone**
10:18, 13:17,
21:4, 34:24,
36:11, 38:24,
39:11, 60:2,
60:12, 60:18,
60:25, 77:7
**anything**
27:24, 32:11,
44:24, 56:20,
57:6, 57:21
**anyway**
27:11
**appear**
81:6
**applicants**
26:20
**application**
21:15, 77:9,
77:12
**applied**
38:19

**applies**
17:12
**apply**
15:21, 16:7,
21:14, 26:11
**approach**
42:7
**approaches**
36:20
**around**
44:7, 48:1,
53:17, 68:9
**aside**
18:6
**asked**
17:12, 17:14,
37:9, 39:8,
40:18, 47:12,
48:1, 53:1,
69:22, 70:4,
71:5, 78:17
**asking**
11:17, 15:20,
24:20, 31:5,
35:13, 35:15,
35:19, 35:20,
36:1, 39:7,
45:11, 46:3,
59:4, 71:22,
76:16, 76:18,
76:22
**asks**
68:10, 68:12
**assessment**
44:8
**assistance**
58:7
**associated**
71:24, 75:24
**associates**
4:17
**assume**
11:17, 67:2
**assumed**
63:24, 69:24
**attached**
81:7
**attempt**
37:5

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

24

**attempts**
36:21
**attention**
30:21, 31:14,
32:2, 32:11
**attorney**
9:3
**attorneys**
6:15
**august**
11:14, 12:6,
13:5, 18:20,
36:24, 41:11,
41:15, 49:22,
50:1, 62:1,
63:11, 63:17,
63:21, 64:2,
64:3, 67:24,
68:2, 68:9,
68:11, 68:17,
68:18, 72:9,
72:21, 73:3
**authority**
55:15, 58:10
**authorized**
58:5, 58:12
**available**
17:3
**avenue**
6:7, 6:16
**aware**
48:10, 77:3,
77:7, 77:11,
79:5, 79:12
**away**
23:13

**B**

**b) (6**
8:12
**b) 6**
3:1, 3:5
**back**
19:4, 19:23,
20:2, 20:4,
20:22, 21:10,
24:11, 25:22,
26:3, 26:8,

29:3, 31:9,
33:25, 37:17,
41:2, 41:5,
43:5, 46:13,
46:20, 65:25,
73:18, 75:7
**bad**
25:21
**ballot**
14:1, 21:21,
22:25, 23:10,
23:11, 23:21,
23:22, 32:19,
33:2, 33:6,
33:12, 53:10,
53:21, 59:24
**ballots**
22:18, 23:3
**based**
32:3, 55:3,
73:23
**basic**
9:6
**basically**
26:6, 38:14,
64:25
**bears**
52:7
**because**
12:13, 20:15,
23:17, 27:25,
28:21, 30:11,
36:17, 61:9,
68:16, 77:5
**beck**
5:5
**been**
8:3, 9:4, 10:5,
18:6, 21:5,
27:17, 29:22,
29:23, 30:7,
30:12, 32:1,
32:2, 33:4,
36:13, 44:4,
49:15, 51:16,
51:21, 52:18,
54:23, 55:4,
56:2, 56:24,

56:25, 59:17,
59:20, 59:24,
62:6, 71:10,
75:24
**before**
3:6, 8:5, 9:5,
12:22, 29:13,
40:2, 41:1,
43:2, 53:8,
63:15, 70:11,
71:7, 82:4
**begin**
29:16, 52:19
**beginning**
33:20, 34:2,
71:11
**behalf**
4:3, 4:15, 5:3,
5:14, 6:3, 6:12
**being**
14:2, 30:21,
30:25, 31:1,
39:19, 62:15,
66:8, 69:7,
71:3, 77:15
**belief**
54:13, 65:12
**believe**
14:16, 18:13,
24:16, 25:2,
37:24, 45:5,
45:11, 45:23,
46:5, 50:12,
64:14, 68:7,
70:12, 70:18,
70:22, 71:10,
73:25
**besides**
36:11
**best**
58:6
**better**
23:16
**between**
38:17, 38:18,
46:21
**bferguson@campai-**
**gnlegalcenter**
4:13

**bind**
77:25
**bit**
28:4
**blackburn**
36:10
**blackwell**
6:24
**block**
62:22
**board**
14:2, 22:14,
40:9, 72:18,
73:24, 78:16,
78:18, 79:6
**boards**
35:6, 73:6,
74:12, 74:24,
75:10, 77:17,
77:22
**both**
11:4, 28:22,
62:10, 65:24
**bottom**
13:11, 62:21,
66:21
**box**
6:17, 27:8
**boxes**
19:15
**break**
46:7, 46:12,
71:7, 71:14
**breakdown**
56:14
**breaking**
72:14
**brent**
4:4, 9:3, 56:23
**bring**
46:25
**broad**
78:14
**build**
68:14
**building**
68:15
**bunch**
72:14

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

25

| | | | |
|---|---|---|---|
| bunk | certain | checks | 78:17, 79:5 |
| 31:16 | 28:22, 65:18, | 25:10 | clearly |
| busy | 65:21 | chooses | 55:22 |
| 79:2 | certainly | 52:22 | click |
| **C** | 71:8 | circumstance | 19:18, 40:7, |
| call | certainty | 66:2 | 40:24 |
| 12:21, 25:14 | 74:15 | citizen | closely |
| calls | certificate | 25:25, 38:25, | 71:3 |
| 45:6, 45:14, | 47:8, 48:6, | 39:11, 50:24, | closer |
| 45:24, 46:20, | 48:8, 82:1 | 52:5, 52:10, | 42:5 |
| 74:7, 78:5 | certified | 52:12, 61:14, | coalition |
| came | 3:6, 82:3 | 64:24, 71:25, | 1:5 |
| 19:23, 68:16 | certify | 72:8, 76:6 | cohen |
| campaign | 82:6 | citizen's | 5:4 |
| 4:8 | cetera | 72:5, 72:11 | colleague |
| can't | 29:9, 40:23, | citizens | 68:25 |
| 30:11, 30:13, | 48:21, 68:9 | 47:21, 49:24, | com |
| 36:22, 38:15, | change | 51:5, 75:18 | 4:21 |
| 40:13, 41:4, | 78:19 | citizenship | come |
| 58:17, 64:6, | changed | 15:2, 26:6, | 20:2, 20:4, |
| 65:23, 74:15, | 29:21, 29:23, | 26:15, 30:5, | 20:22, 21:10, |
| 79:14 | 30:2, 30:14, | 30:16, 30:22, | 25:22, 31:9, |
| candice | 30:16, 31:19, | 31:2, 31:20, | 36:14, 41:2, |
| 9:20, 10:18 | 41:3 | 31:24, 32:5, | 41:5, 65:15 |
| cannot | check | 48:21, 51:1, | comes |
| 51:2 | 19:15, 26:3, | 51:13, 64:16, | 65:25 |
| capacity | 26:7, 26:15, | 64:22, 65:6, | committed |
| 1:11 | 26:19, 26:24, | 65:14, 65:20, | 51:20 |
| capitol | 27:7, 28:24, | 65:22, 66:2, | communicates |
| 5:17 | 29:1, 30:4, | 77:4 | 9:23 |
| card | 30:16, 31:24, | civ | communication |
| 18:2, 27:25, | 38:23, 39:10, | 3:5 | 17:5 |
| 49:2 | 39:13, 39:14, | clarify | communications |
| carry | 39:23, 40:1, | 16:22, 17:14, | 69:15, 70:6 |
| 79:13 | 40:5, 40:7, | 18:12, 30:15, | compared |
| case | 40:17, 46:10, | 64:7, 72:16 | 58:8 |
| 1:6, 1:19, 9:4, | 46:22, 64:16, | clay | comparing |
| 12:10, 55:8, | 64:22, 65:14, | 2:1, 3:1, 7:5, | 29:16, 39:5 |
| 82:13 | 65:17, 65:20, | 7:15, 8:2, | comparisons |
| cast | 66:2, 69:2 | 43:18, 81:2 | 67:3, 67:4 |
| 33:12 | checked | clayton | complain |
| catch | 14:23, 26:6, | 4:18 | 49:23 |
| 34:17 | 28:20, 29:7, | clear | complete |
| ccr | 32:5, 48:18 | 11:10, 20:10, | 19:12, 22:9, |
| 2:25 | checking | 22:5, 28:12, | 27:6, 33:4, |
| center | 25:7, 28:21, | 29:20, 41:25, | 59:21, 77:12, |
| 4:8, 5:7, 5:16 | 30:4, 48:14, | 44:2, 62:10, | 81:5 |
| | 51:13 | 63:16, 70:24, | completed |
| | | | 31:1 |

completely
13:23
component
65:22
compound
12:15, 12:16,
13:9, 37:23,
42:22
concern
56:25, 57:18,
57:24
concerned
35:21, 70:21
conclusion
61:19, 78:6
conducted
2:2, 3:2
confer
61:23
confidential
49:9, 49:11
confirm
17:23, 19:22,
41:13, 64:6,
65:7, 70:1,
74:15, 77:2
confirming
49:6
confusing
35:25
consent
8:20
constitutional
50:22
consultant
36:12
contact
35:7
contacted
49:23
contacting
35:5, 36:18,
52:4
continue
62:2, 62:7,
79:4
conversation
9:20, 16:13

conversations
9:17, 9:19,
68:5
copy
80:1
correct
16:2, 17:17,
17:20, 18:10,
19:8, 19:11,
20:6, 20:9,
20:16, 21:2,
21:16, 21:25,
22:1, 23:6,
23:7, 24:18,
25:6, 25:12,
26:24, 27:17,
28:11, 30:17,
30:18, 33:14,
33:19, 33:23,
34:6, 34:10,
43:11, 49:24,
50:3, 52:25,
53:8, 53:15,
54:3, 54:10,
56:21, 58:3,
61:25, 62:6,
63:18, 64:16,
66:16, 67:15,
70:3, 70:4,
81:5, 82:7
corrected
75:16, 75:25,
76:5, 76:13,
76:17, 76:21,
76:24
corrections
81:6
corresponding
14:1
could
17:23, 31:15,
39:5, 44:3,
48:3, 56:24,
56:25, 58:6,
64:8, 64:15,
67:6, 75:6,
77:14
couldn't
77:2

counsel
9:14, 9:18,
10:19, 34:21,
36:5, 36:8,
36:9, 61:23,
82:11
count
33:6, 33:13
counted
22:25, 23:3,
23:13, 23:23,
32:19
counties
39:21, 39:22,
40:5, 40:16,
40:17, 40:20,
56:15, 58:9
counting
23:21
county
14:10, 22:15,
40:9, 48:25,
74:17
couple
9:6, 10:23,
33:8, 60:15
course
8:11
court
1:1, 3:6, 8:13,
33:24, 70:24,
71:2, 75:6, 82:3
court's
71:16
cover
9:18, 12:3
create
35:5, 40:21
created
11:24, 14:13
creating
34:20, 35:1,
35:4, 35:10,
35:12
credit
22:19, 22:20
crosscheck
63:1

currently
39:23, 49:6
custodian
39:16
cycle
68:8

---

**D**

daniel
6:5
data
37:2, 37:5,
37:18, 38:2,
38:3, 38:14,
38:22, 46:2,
51:7, 58:6,
67:3, 67:4,
68:6, 68:13,
68:14, 68:15,
69:7, 69:16,
77:1
database
19:20, 19:21,
29:7, 30:4,
40:8, 46:20,
46:23, 48:4,
70:2
databases
26:18, 28:14,
29:18, 29:20,
40:25, 46:16,
46:21
date
81:11
dated
50:1, 63:16,
67:24
dates
37:25
day
13:19, 16:25,
17:19, 18:10,
19:10, 19:25,
21:2, 22:4,
22:8, 32:14,
32:16, 33:12,
36:23, 41:20,
43:2, 59:6,

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

27

| | | | |
|---|---|---|---|
| 82:16 | defendant | despite | discussion |
| **days** | 6:3 | 54:13, 57:15 | 69:3, 79:20, |
| 14:3, 16:24, | **defendants** | **details** | 79:25 |
| 22:15, 23:14, | 1:14, 1:23, | 71:16 | **distinguished** |
| 28:7, 39:14, | 6:12, 8:8 | **determine** | 38:16 |
| 50:2, 63:17 | **deliberately** | 25:25, 31:22, | **distributed** |
| **db** | 79:6, 79:12 | 51:14 | 42:10 |
| 67:19 | **department** | **determined** | **district** |
| **dc** | 6:6, 7:16, | 61:13 | 1:1, 1:2 |
| 4:11, 5:10, 6:8 | 37:3, 37:10, | **dhr** | **division** |
| **dead** | 37:14, 46:16, | 37:9 | 1:3 |
| 25:18 | 47:2, 51:11, | **died** | **dixit** |
| **deadline** | 69:11, 69:17, | 44:14 | 6:25 |
| 17:11, 42:4, | 75:14, 75:17, | **different** | **dmv** |
| 42:6, 43:1 | 75:22, 76:12, | 14:5, 29:12, | 14:24, 28:20, |
| **decided** | 77:8, 77:9 | 36:19, 36:20, | 29:23 |
| 15:6, 15:20, | **depending** | 39:5, 57:9, | **document** |
| 16:6, 35:13, | 39:6 | 57:12, 58:15, | 7:18, 7:19, |
| 35:15 | **deponent** | 58:25 | 7:20, 47:8, |
| **deciding** | 80:3, 81:1 | **differently** | 47:13, 47:14, |
| 35:3 | **deposed** | 16:14, 20:12, | 49:12, 62:18, |
| **decision** | 9:5 | 29:11, 50:7, | 66:13, 67:20 |
| 15:22, 61:24 | **deposition** | 60:1 | **documents** |
| **decision-making** | 2:1, 3:1, 8:12, | **direct** | 10:1, 10:11, |
| 35:24, 35:25 | 9:13, 10:24, | 46:19, 46:20 | 48:2, 70:6 |
| **declarant** | 10:25, 11:7, | **directives** | **doing** |
| 77:11 | 12:14, 70:18, | 78:1 | 56:20, 57:6, |
| **declaration** | 70:20, 71:5, | **directly** | 57:21, 65:24, |
| 7:15, 7:17, | 71:17, 71:19, | 9:22, 55:24 | 71:8 |
| 10:3, 10:12, | 82:5 | **director** | **doj** |
| 10:13, 11:15, | **describe** | 66:19 | 10:3, 10:7, |
| 37:1, 41:9, | 12:6, 13:6 | **discover** | 10:14, 37:24 |
| 43:6, 43:9, | **described** | 48:12 | **done** |
| 43:17, 43:18, | 14:10 | **discovered** | 23:12, 25:11, |
| 44:16, 44:21, | **describing** | 55:9 | 48:16, 79:23 |
| 47:2, 48:15, | 17:6, 34:11 | **discovery** | **down** |
| 54:20, 54:21, | **description** | 70:15, 70:17, | 41:4, 48:23 |
| 55:19, 62:10, | 42:20 | 70:25 | **driver** |
| 63:4, 72:17, | **deserve** | **discuss** | 59:6 |
| 72:22 | 51:18 | 61:8, 78:9, | **driver's** |
| **declarations** | **design** | 78:10 | 13:24, 14:18, |
| 10:6, 10:15 | 36:1, 36:15 | **discussed** | 17:23, 19:13, |
| **declared** | **designation** | 9:8, 18:1, | 25:5, 27:16, |
| 51:21 | 59:7, 60:6 | 31:9, 54:12, | 27:21, 28:9, |
| **declined** | **designing** | 55:22, 65:3, | 28:15, 28:19, |
| 74:2 | 35:20 | 68:7 | 28:23, 28:25, |
| **declining** | **desires** | **discussing** | 31:16, 52:13, |
| 74:9 | 70:25 | 59:20 | 58:14, 60:3, |

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

28

60:14, 60:21,
61:2
**duly**
8:3
**duties**
55:24, 55:25
**duty**
50:22

**E**

**each**
73:18
**earlier**
37:9, 54:12,
58:4, 63:22,
65:3, 71:2
**early**
27:20, 39:22
**easier**
13:2
**effort**
12:3, 19:25,
27:17, 36:17,
67:21
**efforts**
62:13, 63:6
**either**
17:18, 18:8,
27:7, 29:2,
29:4, 38:15,
40:11, 48:19,
51:8, 51:25,
62:9
**election**
13:18, 13:21,
15:18, 16:24,
16:25, 17:17,
17:19, 18:9,
19:10, 19:25,
21:1, 21:2,
21:12, 21:20,
22:4, 22:8,
22:15, 23:21,
24:8, 32:14,
32:16, 33:12,
34:13, 41:20,
42:8, 43:2,
53:4, 53:11,

53:19, 57:6,
57:17, 57:20,
58:20, 59:6,
62:12, 63:15,
64:7, 64:8,
68:8, 77:18,
77:20
**elections**
5:7, 24:8,
34:9, 53:6, 64:9
**else**
10:18, 16:14,
33:7, 34:24,
36:11, 57:7,
57:21, 60:2
**email**
49:18, 49:20,
50:1, 50:6,
62:20, 62:21,
63:16, 64:3,
66:15, 66:18,
66:20, 67:7,
67:17, 68:10,
68:12, 68:16,
68:20, 68:23
**emailed**
39:21
**employed**
82:12
**enclosed**
41:22
**enclosures**
10:14
**end**
41:4
**ended**
39:19
**enforcement**
14:25, 19:19,
29:18, 58:17
**engaged**
71:23
**enough**
28:1
**ensuring**
50:23
**enter**
19:17

**entering**
22:21
**entire**
17:10
**entirely**
58:25
**entitled**
70:13
**entity**
39:15, 72:6
**errata**
81:7
**error**
48:8, 48:22,
73:13, 75:25
**esq**
4:4, 4:5, 4:6,
4:7, 4:16, 5:4,
5:5, 5:6, 5:15,
6:4, 6:5, 6:13,
6:14, 6:23, 6:24
**essentially**
21:23, 24:17,
25:4, 44:5
**est**
2:4
**et**
1:6, 1:13,
29:9, 40:22,
48:21, 68:9
**even**
24:7, 34:12,
34:13, 54:23
**ever**
78:18
**every**
14:10, 23:22,
26:11, 27:17,
50:23
**everyone**
15:12, 15:23,
15:24, 16:12,
16:14, 17:9,
17:12, 17:14,
18:8, 24:4,
33:7, 35:14,
37:12, 46:8
**evidence**
16:9, 73:9,

**74:9, 74:10,
74:16, 76:4,
79:12
**evolved**
27:14
**exact**
36:23, 65:10,
65:24
**exactly**
12:4, 16:5,
37:11, 67:16
**examination**
8:16, 71:20
**examined**
81:3
**except**
58:7
**exception**
8:21
**excludes**
57:7
**excluding**
57:10
**exhibit**
7:12, 7:13,
7:14, 7:15,
7:16, 7:18,
7:19, 7:20,
11:18, 11:21,
41:9, 41:16,
42:15, 42:17,
43:17, 43:18,
46:25, 47:2,
49:8, 49:11,
49:12, 49:14,
49:21, 62:17,
62:18, 66:12,
66:13
**exhibits**
7:10, 10:3,
10:4, 10:13,
10:14, 36:20,
56:11, 56:13
**expedited**
70:15, 70:16
**expiration**
82:22
**explain**
37:1, 51:4

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

29

explaining
18:16

**F**

fact
57:15, 65:19,
75:18
facts
77:15
fails
23:2, 23:4
failure
73:11
fair
5:7
fairbanks
6:13
familiar
11:15
far
37:17, 62:24,
70:20
fast
13:10, 72:22
fed
3:5
federal
14:16, 15:4,
27:3, 27:13,
36:19, 46:3,
48:4
felony
51:20
ferguson
4:4, 7:6, 8:7,
8:15, 8:17, 9:1,
9:3, 11:19,
12:17, 23:6,
24:22, 24:23,
31:5, 35:23,
36:3, 36:7,
45:3, 46:5,
46:10, 46:13,
46:14, 47:12,
47:18, 49:16,
49:17, 53:24,
53:25, 57:2,
57:3, 67:9,

67:10, 68:24,
69:4, 69:6,
70:8, 79:24
few
10:6, 10:15,
25:3, 28:7, 69:1
fewer
71:12
field
47:9, 51:13
fields
48:2, 66:22,
67:18, 68:10,
68:13, 68:21
fifty-one
19:7, 20:8,
22:8, 39:19
file
17:25, 27:22,
39:6, 39:23,
52:17, 52:18,
63:1, 66:23,
66:25, 69:24
fill
15:15, 16:23,
16:25, 17:18,
18:8, 18:24,
20:16, 21:1,
23:8, 23:25,
24:14, 28:2,
33:11, 34:11,
34:16, 34:18,
34:19, 45:9,
45:10, 59:19
filled
21:5, 32:16,
77:11
filling
13:20, 13:23,
18:17, 19:9,
52:6
fills
19:2, 28:7,
64:13
financial
82:13
fine
8:15, 11:19,

35:23, 41:7
first
26:23, 28:20,
28:25, 33:4,
36:24, 38:4,
38:7, 38:11,
38:18, 38:19,
49:10, 52:4,
76:22, 79:21
flagged
72:1, 72:9
fn
51:8, 58:19,
58:22, 59:7,
60:6, 61:8,
61:21, 67:20
follow
23:15, 55:6,
55:10, 73:21,
74:2, 78:23,
79:3
follow-up
55:2, 56:8
following
14:3, 22:15,
33:5, 34:1,
74:11, 74:17,
75:8
follows
8:4
foregoing
81:4, 82:5,
82:6
foreign
51:9, 58:18,
60:14, 60:21,
61:2, 61:9,
67:19
forgets
32:17, 32:24
format
23:9, 64:14
forms
22:13, 22:17,
64:16, 78:9
forth
46:21
forwards
66:19

found
25:20, 29:9,
65:4
foundation
14:15, 15:10,
16:4, 17:8,
25:14, 26:2,
30:10, 39:2,
45:7, 45:14,
45:25, 50:18,
55:14, 66:7,
69:10, 72:4,
73:15, 74:5
four
13:24, 14:20,
28:12, 29:1,
29:6, 36:11,
52:14, 71:15,
71:17
frame
48:1
fraudulently
72:13
freeman
6:5
fruit
52:7
fully
76:1
functions
63:15
fundamentally
24:2
further
27:24, 29:4,
41:6, 49:3, 70:8
future
24:8, 53:6,
62:13, 63:6,
64:9, 67:3,
67:4, 68:6,
68:12

**G**

gain
48:20
gather
65:10, 69:16

gathered
58:6
gave
47:25
general
6:15, 17:4,
18:14, 62:12,
63:15, 65:5
generally
60:23, 61:2,
62:12
getting
9:22, 53:17,
61:10
give
11:18, 22:19,
32:18, 32:24,
38:1, 60:18,
65:10
given
33:2, 81:6
gives
31:11
giving
43:16, 49:14
go
9:6, 9:9,
15:16, 15:18,
22:8, 22:16,
23:10, 23:11,
26:3, 26:14,
27:23, 29:4,
37:11, 37:18,
40:20, 40:23,
43:5, 47:4,
49:8, 70:10,
73:18
goes
15:12, 15:23,
17:11, 26:13,
26:18, 32:15,
54:6
going
11:25, 12:9,
15:18, 16:18,
32:20, 35:17,
46:17, 46:25,
47:5, 59:1,

68:17, 73:21,
75:13
gone
16:1, 31:22,
67:2
gonna
15:15, 15:16,
68:25
good
8:18, 46:8
gov
6:10, 6:19
government
46:4
granting
70:16
great
46:13
grounds
9:9
group
16:14
groups
38:17
guess
61:10
guessing
29:24
guidance
17:21, 27:19,
39:21, 40:12,
42:6, 42:9,
55:7, 55:11,
55:22, 56:3,
57:13, 57:16,
77:17, 79:13
guides
58:9

**H**

halfway
46:7
hamilton
4:6
hand
82:16
handle
58:21, 59:5,

60:13, 60:20,
61:1
handled
32:2
happen
35:16, 79:4
happened
79:3
happening
30:7
happens
33:1, 33:13,
33:15, 52:24
happy
47:16
hard
36:16
hava
29:25, 30:8,
30:12
head
56:18
hear
9:7
helms
2:1, 3:2, 7:5,
7:15, 8:2, 8:18,
9:2, 12:18,
43:18, 46:15,
71:22, 81:2
help
14:16, 36:21,
39:13
helpful
18:5, 25:10
here
9:5, 10:4,
12:13, 16:19,
30:12, 70:21
hereby
81:2, 82:5
hereunto
82:15
hire
55:23
historically
79:15
history
22:20

home
9:16
horn
36:12
hour
46:6, 71:11,
79:21
hours
78:10
however
53:15
huddleston
4:5
human
37:10
humanly
58:11

**I**

id
58:19, 59:1,
60:4, 60:5,
60:9, 60:11,
61:3, 61:9,
61:13, 61:17,
72:5, 72:11
idea
58:19
ideas
35:12
identical
25:4
identification
11:22, 37:13,
37:19, 38:5,
41:17, 42:18,
43:19, 47:3,
49:13, 59:22,
62:19, 66:14,
69:22, 71:24,
72:7
identifications
59:23
identified
13:12, 57:19,
62:1, 62:5
identifier
14:23

identify
62:7, 67:14,
68:3
identifying
62:25, 63:18,
67:5, 69:23
identity
25:12, 25:15,
25:16, 71:23,
72:15
illegally
72:13, 74:22
immediately
48:18, 73:4
immigrant
1:6
implementation
29:25
implemented
35:21, 45:21
implications
64:24
in-eligible
62:14
inaccurate
50:9, 63:8
inactivate
55:15, 58:5,
73:12, 74:13,
74:14, 74:25,
75:11, 79:7
inactivated
13:17, 74:1
inactive
15:15, 20:11,
20:15, 21:3,
21:14, 23:17,
27:23, 44:7,
44:13, 44:25,
45:4, 45:8,
45:9, 48:24,
53:6, 53:16,
54:23, 55:5,
55:12, 55:18,
56:2, 56:4,
56:24, 56:25,
57:8, 57:10,
59:11, 73:4,

73:19
incident
79:6
include
35:2, 35:10,
38:3, 41:23
included
38:10, 70:17,
77:7
includes
35:3, 42:6,
50:23
including
13:23, 15:2,
52:13, 62:15
incompetent
51:21
incorrect
24:3, 63:20
incorrectly
51:14
indeed
76:6
index
7:1
indicate
47:19
indicated
73:25
indicator
51:17
indicators
51:22
individual
14:17, 72:1,
72:10, 76:12
individually
40:7, 40:21
individuals
47:23, 49:1,
50:10, 51:8,
73:19, 75:16,
75:23, 76:2
inform
69:17
information
14:2, 14:23,
19:15, 19:17,

20:14, 20:17,
21:16, 22:21,
23:8, 23:18,
24:3, 27:25,
28:1, 34:8,
39:6, 39:13,
39:15, 39:16,
40:6, 41:2,
45:19, 48:20,
49:2, 50:8,
50:9, 51:10,
52:13, 52:16,
54:10, 54:11,
66:9, 68:6,
72:12
informed
61:18, 73:2
initial
73:3
input
35:19, 36:1
insert
23:11
instances
31:13
instruct
50:10, 55:17,
56:3, 60:12,
60:25
instructed
40:14, 56:7,
73:12, 74:13,
74:24, 75:10,
78:20
instructing
35:7, 40:13,
48:25
instruction
52:16, 55:3,
61:20, 73:22,
74:3, 74:17,
79:3
instructions
60:19, 61:6,
61:7, 74:11,
78:24
intend
62:13, 80:2

intended
73:18
intending
64:2
intentionally
51:16
interactions
73:24
interest
50:13, 50:16,
82:13
interpretation
25:14
interworkings
30:2
involve
64:21
involved
9:15, 34:20,
34:22, 36:13,
67:14
involves
65:19
involving
31:23
issue
58:8, 61:20,
77:16
issued
11:13, 18:15,
44:20, 58:15,
58:19, 60:10,
60:11, 61:9

**J**

jackson
5:19
jersey
3:8
jess
5:15, 5:20
jindia
4:7
jmcguire@mandabu-
sinesslaw
4:21
job
2:23

Transcript of Clay Shelby Helms
Conducted on October 9, 2024                                    32

jon
5:6
jones
6:23, 36:9
joseph
4:16
judges
60:13, 60:19,
61:1, 61:8,
61:19
june
48:1, 48:19,
48:22
justice
1:6, 6:6, 7:16,
47:2

**K**

kanter
5:4
kate
4:6
kathryn
4:5
keep
8:13
keeping
74:18
kelli
6:4, 6:10
kind
17:5, 38:23,
39:10, 67:13,
75:19
know
9:4, 9:5, 12:2,
14:21, 26:8,
32:4, 32:10,
37:10, 42:11,
45:15, 45:19,
48:6, 49:4,
51:15, 56:10,
56:17, 65:14,
65:17, 66:1,
66:4, 66:8,
69:11, 72:23,
78:24, 79:11
knowing
77:3, 79:11

knowledge
73:6
kunal
6:25

**L**

labor
37:3, 37:14,
39:17, 46:16,
46:21, 51:11,
69:11, 69:17,
75:14, 75:17,
75:23, 76:12,
76:21, 77:8,
77:10
lack
14:14, 15:9,
16:3, 16:16,
17:7, 25:13,
26:1, 30:10,
39:1, 45:7,
45:13, 45:25,
50:17, 55:13,
66:6, 69:9,
72:3, 73:14,
74:4
landed
36:23
laney
62:20
large
39:4
last
13:24, 14:19,
28:12, 29:1,
29:6, 34:17,
52:14, 60:15
later
23:19, 28:8,
38:4, 38:7,
48:1, 56:3,
64:1, 73:19
law
5:16, 14:16,
14:25, 15:4,
19:19, 19:24,
23:18, 27:3,
27:13, 29:18,

33:6, 58:17,
59:22, 61:3
laws
72:14, 78:12
lead
50:6
learned
56:1
least
40:12
leave
56:9, 71:1
left
20:14, 23:17,
48:9, 71:12
legal
4:8, 25:14,
71:6, 78:6
let's
11:12, 12:20,
16:13, 18:22,
22:1, 23:15,
28:4, 37:19,
41:8, 42:15,
44:2, 44:22,
46:7, 56:12,
59:14
letter
7:13, 7:14,
10:14, 12:23,
35:14, 37:24,
40:21, 41:8,
41:10, 41:14,
41:16, 41:18,
41:23, 42:1,
42:10, 42:16,
42:17, 42:19,
42:24, 49:22,
56:8, 62:9,
72:19, 73:3,
73:4, 73:7,
73:17
letters
35:6, 40:2
license
13:24, 14:18,
17:24, 19:13,
25:5, 27:16,

27:21, 28:10,
28:15, 28:19,
28:23, 28:25,
31:17, 51:9,
52:14, 59:6,
60:4, 60:15,
60:21, 82:21,
82:22
licenses
58:14, 58:22,
61:2
likely
45:23, 46:1,
54:14
limit
39:3
limited
39:18, 48:23
list
15:6, 16:17,
16:19, 16:20,
17:15, 17:16,
18:16, 18:24,
19:2, 19:5,
21:4, 21:8,
21:23, 22:6,
22:7, 26:21,
31:21, 32:5,
32:15, 32:22,
33:11, 33:22,
34:4, 35:4,
35:5, 37:13,
37:21, 38:24,
39:4, 39:7,
39:9, 39:11,
39:17, 40:11,
41:11, 42:12,
43:10, 43:23,
44:6, 45:18,
47:7, 47:15,
47:20, 47:24,
47:25, 48:9,
49:5, 49:7,
49:20, 51:25,
52:22, 53:9,
53:21, 54:1,
54:6, 54:22,
54:24, 55:12,

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

33

| | | | |
|---|---|---|---|
| 56:20, 57:5,<br>59:11, 59:15,<br>59:17, 59:22,<br>60:2, 60:14,<br>60:20, 60:22,<br>62:8, 64:12,<br>65:7, 76:19<br>**little**<br>28:4<br>**llc**<br>4:17<br>**long**<br>12:23, 20:1,<br>54:10<br>**look**<br>37:25, 41:10,<br>43:7, 43:14,<br>56:16, 62:17,<br>63:5, 72:22<br>**looked**<br>10:2, 10:5,<br>10:6, 61:12<br>**looking**<br>12:6, 43:20,<br>49:10, 77:1<br>**lot**<br>39:3, 68:19,<br>78:7, 78:13<br><br>**M**<br><br>**made**<br>8:22, 21:10,<br>31:17, 39:19,<br>48:8, 54:23,<br>55:4, 56:2,<br>62:10<br>**mail**<br>21:21<br>**mailing**<br>21:18<br>**make**<br>15:22, 18:13,<br>30:23, 35:9,<br>46:20, 48:25,<br>54:19, 55:18,<br>56:4, 62:4,<br>73:18, 78:19,<br>78:20 | **makes**<br>23:14, 61:24<br>**making**<br>27:13, 73:4<br>**manager**<br>21:20<br>**many**<br>36:18, 36:20,<br>45:22, 51:2,<br>56:10, 79:2<br>**marked**<br>11:21, 41:16,<br>42:17, 43:18,<br>47:3, 49:11,<br>49:12, 62:18,<br>66:13<br>**markings**<br>58:15<br>**match**<br>31:10, 67:18<br>**matches**<br>21:19, 31:10<br>**matching**<br>28:14, 39:3<br>**materials**<br>10:1<br>**matter**<br>15:13<br>**maybe**<br>25:20, 36:13,<br>41:3, 41:4,<br>73:19<br>**mcguire**<br>4:16, 4:17<br>**mean**<br>23:4, 29:12,<br>33:16, 35:2,<br>35:11, 37:18,<br>53:4, 64:9,<br>65:1, 68:17,<br>77:1<br>**meaning**<br>17:4<br>**means**<br>25:19, 44:5<br>**meant**<br>48:7, 48:11,<br>48:13 | **medicaid**<br>37:9<br>**meet**<br>8:18, 51:22<br>**meetings**<br>9:14<br>**mentally**<br>51:21<br>**mentioned**<br>9:25, 10:17,<br>11:14, 14:7,<br>15:7, 16:21,<br>19:1, 22:3,<br>41:8, 42:16,<br>48:17, 53:7<br>**mentions**<br>47:7<br>**meredith**<br>36:9<br>**meridith**<br>6:24<br>**messick**<br>6:13, 8:5, 8:9,<br>8:22, 11:17,<br>12:8, 13:8,<br>14:14, 15:9,<br>16:3, 16:8,<br>17:7, 23:4,<br>24:19, 25:13,<br>26:1, 26:16,<br>28:17, 30:9,<br>31:3, 31:7,<br>32:8, 33:24,<br>35:17, 35:24,<br>37:22, 39:1,<br>40:3, 40:18,<br>42:21, 43:12,<br>43:16, 43:25,<br>44:9, 45:1,<br>45:6, 45:13,<br>45:24, 46:9,<br>46:17, 47:10,<br>47:14, 49:14,<br>50:17, 53:1,<br>53:22, 54:4,<br>54:15, 54:25,<br>55:13, 56:5,<br>56:22, 57:22, | 58:23, 59:8,<br>60:16, 62:3,<br>63:9, 64:17,<br>66:6, 66:17,<br>67:6, 69:9,<br>69:20, 70:11,<br>71:13, 72:3,<br>72:23, 73:14,<br>74:4, 74:7,<br>75:1, 75:6,<br>76:7, 76:15,<br>78:2, 78:5,<br>78:21, 79:9,<br>79:18, 79:21,<br>80:2, 80:4<br>**messick@alabamaag**<br>6:19<br>**met**<br>9:14<br>**michael**<br>6:23<br>**michelle**<br>5:4<br>**might**<br>8:13, 9:7<br>**mike**<br>36:9<br>**million**<br>15:14<br>**minute**<br>46:7, 66:11,<br>67:7, 74:16<br>**minutes**<br>25:3, 69:1,<br>69:5, 71:11,<br>71:12, 79:22<br>**miss**<br>42:25<br>**mississippi**<br>5:19<br>**misstates**<br>16:9, 26:2,<br>26:17, 28:18,<br>31:4, 32:9,<br>40:4, 44:1,<br>44:10, 45:2,<br>47:11, 54:16,<br>56:23, 57:23, |

69:10
**mistake**
52:9
**misty**
6:13, 6:19
**misunderstanding**
78:25
**misused**
12:25
**mitchell**
4:16
**mkantercohen@fai-
relectionscenter**
5:12
**montgomery**
4:19, 6:18
**month**
42:5
**months**
42:3, 60:15,
63:12, 64:1
**moral**
51:20
**more**
10:23, 28:4,
33:8, 42:3,
51:24, 60:23,
61:2, 62:4,
62:7, 63:2,
63:3, 63:21,
63:23, 64:5,
64:7, 73:20
**motion**
70:16
**motivation**
74:18
**mou**
69:14
**mous**
70:4
**moved**
23:10, 70:15
**much**
20:12, 24:7,
58:11, 79:18,
79:24
**multiple**
24:6, 25:16,

25:22
**must**
71:1

**N**

**name**
9:3, 26:8,
37:11
**names**
29:23
**national**
51:9, 60:14,
60:21, 61:2,
61:10, 67:19
**nationals**
58:18
**naturalization**
47:8, 48:7,
48:21
**naturalized**
47:21
**near**
62:21
**necessarily**
38:9
**need**
8:10, 13:10,
17:18, 21:23,
21:24, 43:7,
43:8, 45:9,
63:24, 65:10,
69:12
**needed**
71:14
**needs**
24:6
**neither**
14:21, 70:1,
82:11
**new**
3:7, 21:24,
24:15, 32:23,
52:1, 66:23,
66:25
**next**
12:21
**nina**
5:5

**nine**
47:4, 47:6
**non**
51:5
**nona**
66:21
**noncitizen**
12:23, 25:20,
37:13, 37:19,
38:5, 51:11,
51:12, 54:14,
57:25, 62:16,
62:25, 69:23,
71:23, 72:2,
72:5, 72:10,
75:24, 76:14,
76:25
**noncitizens**
13:13, 45:5,
45:12, 45:15,
45:20, 45:23,
52:2, 57:15,
57:19, 58:15,
67:5, 67:15,
67:22, 68:4,
74:19, 74:21
**noncitizenship**
59:12
**nondriver**
60:4
**nonvoting**
67:22
**northern**
1:2
**notarial**
82:16
**notary**
3:7, 82:2, 82:4
**nothing**
53:20, 68:8,
68:9, 71:17
**notice**
3:5, 10:24
**noticed**
71:4
**notified**
20:23, 52:7
**notifying**
18:2

**november**
18:25, 42:13
**november's**
17:17, 21:1,
53:19, 57:6,
58:20
**number**
13:24, 13:25,
14:1, 14:18,
14:20, 17:24,
19:13, 19:14,
25:20, 25:21,
25:23, 27:7,
27:8, 27:9,
27:16, 27:22,
28:10, 28:13,
28:15, 28:16,
28:19, 28:20,
28:24, 29:1,
31:10, 31:17,
37:14, 37:19,
38:5, 38:8,
38:12, 38:13,
39:18, 44:18,
46:1, 48:23,
51:12, 52:14,
52:15, 67:20,
75:25, 82:21
**numbers**
19:18, 19:22,
19:23, 20:2,
20:4, 20:21,
21:9, 22:23,
22:25, 23:16,
24:6, 25:7,
27:3, 27:4,
27:18, 28:22,
29:5, 29:24,
31:25, 32:1,
39:4, 39:23,
40:7, 40:24,
48:2, 61:15,
62:25, 64:19,
69:23, 72:12
**numerous**
78:11
**nw**
4:9, 5:8, 6:7

Transcript of Clay Shelby Helms
Conducted on October 9, 2024                                    35

| O | | | |
|---|---|---|---|
| **oath** 19:16, 50:22, 63:14 **object** 8:13, 12:8, 12:9, 13:8, 14:14, 15:9, 16:3, 16:8, 17:7, 25:13, 26:1, 26:16, 28:17, 30:9, 31:3, 32:8, 35:17, 37:22, 39:1, 40:3, 40:18, 42:21, 43:12, 43:25, 44:9, 45:1, 45:6, 45:13, 45:24, 46:17, 47:10, 50:17, 53:22, 54:4, 54:25, 55:13, 56:5, 56:22, 57:22, 58:23, 59:8, 62:3, 63:9, 64:17, 66:6, 66:17, 67:6, 69:9, 69:20, 71:8, 72:3, 75:1, 76:15, 78:5, 78:21, 79:9 **objected** 47:16 **objection** 9:7, 9:9, 12:15, 12:16, 30:9, 31:3, 47:17, 53:1, 54:15, 60:16, 70:12, 71:9, 73:14, 74:4, 76:7 **objections** 8:8, 8:9, 8:10, 8:21, 8:22, | 12:10, 12:11 **observe** 70:21 **observers** 12:13 **obtain** 63:2, 63:3, 63:21, 63:23, 64:4, 64:7 **obtained** 62:24 **obviously** 24:2, 30:13, 43:7, 48:4 **october** 2:3, 36:18, 42:25, 45:10, 71:16, 82:17 **off-the-record** 69:3, 79:20, 79:25 **offer** 77:21 **offhand** 26:9 **office** 6:15, 11:8, 11:9, 11:24, 15:5, 17:6, 23:14, 29:15, 29:17, 31:22, 36:14, 36:25, 37:2, 38:16, 38:22, 39:10, 39:12, 42:11, 45:21, 49:23, 50:5, 50:19, 55:15, 55:21, 57:18, 57:24, 58:4, 58:13, 60:12, 60:18, 60:25, 61:12, 62:7, 62:9, 62:12, 63:3, 63:20, 66:4, 66:10, 68:20, 69:18, 70:1, 72:19, 73:2, | 74:24, 75:10, 75:22, 77:16, 77:21 **officer** 82:4 **official** 1:11 **once** 13:13, 19:22, 23:7, 33:23, 34:5, 34:8, 38:22, 39:9, 56:1 **one** 9:8, 13:12, 14:19, 14:20, 19:13, 24:5, 38:6, 40:6, 42:4, 46:6, 49:9, 51:2, 52:6, 54:22, 56:11, 56:12, 58:22, 64:15, 64:23, 65:1, 66:11 **ones** 8:10, 12:14, 37:8, 45:8, 49:9, 70:14 **ongoing** 36:22, 68:2, 68:8 **only** 8:10, 18:19, 20:25, 28:23, 38:3, 41:13, 48:1 **operate** 50:6 **operates** 42:20 **operating** 12:7, 13:7 **opportunity** 45:17 **opt** 15:24 **option** 20:25, 41:23, | 41:25 **options** 16:21, 16:22, 17:3, 18:17, 42:7, 43:3 **order** 8:13, 52:19, 70:16, 70:24, 71:1, 71:2, 71:16 **org** 4:13, 5:12, 5:20 **original** 43:23, 54:22, 56:3 **originally** 32:7 **other** 9:18, 10:11, 10:18, 12:10, 15:14, 17:5, 19:25, 20:19, 21:3, 22:18, 35:5, 37:5, 50:8, 57:1, 58:1, 60:4, 73:6, 74:12, 74:17 **others** 73:9 **otherwise** 60:8, 82:14 **out** 13:20, 13:23, 15:15, 16:19, 16:23, 16:25, 17:9, 17:11, 17:18, 17:21, 18:24, 19:2, 19:9, 20:16, 21:1, 21:5, 23:8, 23:25, 24:14, 27:19, 28:2, 28:7, 32:16, 33:11, 34:11, 34:16, |

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

36

34:18, 34:19,
35:14, 39:20,
39:25, 40:2,
40:22, 44:6,
45:9, 45:10,
45:17, 45:22,
48:5, 48:10,
49:7, 52:6,
59:19, 63:13,
64:13, 75:20,
76:20, 77:12,
79:13
**outcome**
82:14
**outside**
8:14, 30:10,
58:7, 58:24,
59:9, 70:25
**over**
9:6, 23:1,
46:6, 47:17,
55:24
**own**
9:15

**P**

**page**
7:3, 13:12,
43:15, 43:20,
47:5, 47:6,
49:10, 72:25
**pages**
2:24
**paid**
30:21, 32:2
**paine**
9:20, 10:18
**paragraph**
43:20, 47:4,
47:6, 71:15,
71:17, 72:25
**part**
13:22, 29:19,
30:13, 30:15,
32:6, 37:1,
48:9, 66:20,
67:21, 69:8,
69:18, 70:17,

73:13, 77:19,
79:3
**participation**
71:18
**particular**
51:5
**parties**
82:12
**partly**
27:19
**party**
70:25
**pass**
68:25, 69:1,
69:4
**past**
73:23, 74:10
**paying**
31:14, 32:11
**pennsylvania**
6:7
**people**
9:18, 13:12,
14:5, 15:6,
15:21, 16:1,
16:7, 16:18,
17:15, 17:16,
18:6, 18:14,
18:23, 22:4,
22:6, 22:7,
22:19, 24:14,
24:15, 26:21,
27:6, 27:14,
31:21, 32:5,
33:10, 35:13,
35:15, 36:11,
38:4, 38:10,
38:17, 38:18,
39:9, 43:10,
43:23, 44:16,
44:25, 45:5,
45:12, 45:22,
47:19, 47:20,
47:24, 49:22,
52:7, 54:21,
56:10, 56:19,
56:24, 57:4,
57:7, 57:14,

57:19, 59:18,
60:1, 60:3,
60:13, 62:6,
62:8, 63:18,
76:17, 76:19
**percent**
77:2
**perform**
28:8, 39:10,
39:12, 39:13,
40:9, 40:17,
40:25, 62:13,
66:1
**performed**
39:3, 39:18,
40:1, 40:5
**performing**
27:17, 28:24,
35:11, 45:16,
62:11, 63:14
**performs**
26:19
**peril**
71:6
**perpetuity**
64:10
**person**
20:19, 20:20,
20:21, 20:25,
21:12, 32:24,
54:14, 59:19,
61:14
**person's**
22:25, 23:22,
32:19
**photo**
59:1, 59:21,
61:3
**physical**
21:17
**pieces**
39:5
**place**
68:18
**plaintiff**
1:19
**plaintiffs**
1:8, 4:3, 4:15,

5:3, 5:14, 9:4,
10:16, 70:14,
70:19
**plan**
61:22, 66:22,
68:13
**plans**
68:12
**please**
33:25, 46:11,
49:9, 50:14,
60:17, 66:12,
66:22, 67:7,
75:7
**plenty**
78:24
**point**
23:12, 28:1,
37:12, 51:10,
53:16, 78:17
**poll**
32:17, 32:24,
48:22, 58:20,
59:5
**polls**
23:9, 60:21,
64:14
**pools**
68:6
**portions**
65:21
**possession**
14:19
**possible**
22:24, 23:3,
58:11
**potential**
13:13, 67:5,
67:14, 68:3
**potentially**
48:3, 51:18,
74:22
**poverty**
5:16
**practice**
73:23
**practices**
77:18

precludes
71:18
preparation
10:20
prepare
9:13, 26:9
prepared
10:5, 11:3
present
6:22, 63:7
presented
60:14, 60:20
presents
58:21, 59:6
preserved
8:10
press
7:12, 11:13,
11:15, 11:21,
11:23, 12:5,
13:6, 13:11,
15:7, 17:4,
17:9, 18:14,
18:15, 18:19,
18:20, 33:21,
34:3, 35:3,
50:2, 62:1,
62:5, 63:17
pretty
55:21
prevent
58:2
preventing
52:2, 53:20,
62:14
prevents
51:5
previous
27:5
previously
25:1, 31:24,
44:4, 75:24,
76:13
prior
13:21, 16:9,
16:24, 26:2,
26:17, 28:18,
29:10, 30:23,

31:4, 31:13,
32:9, 32:12,
40:4, 42:3,
42:5, 44:1,
44:10, 45:2,
54:16, 56:23,
57:23, 62:11,
69:10
private
4:3, 4:15, 5:3,
5:14, 10:16,
70:14, 70:18
privilege
8:11, 9:9
probably
37:25, 79:4
probate
60:13, 60:19,
61:1, 61:8,
61:18
problem
20:15, 52:20,
53:5
procedure
17:25
procedures
77:18
proceed
58:10
proceedings
82:7
process
11:24, 12:23,
13:1, 13:6,
13:16, 13:18,
14:4, 14:9,
14:13, 15:8,
15:13, 15:16,
15:19, 15:21,
15:24, 16:2,
16:7, 16:15,
18:7, 18:21,
19:1, 19:3,
22:3, 22:11,
22:16, 22:22,
23:2, 23:15,
23:24, 24:4,
24:14, 24:25,

25:2, 25:24,
26:13, 27:12,
27:14, 28:5,
29:19, 29:21,
30:20, 30:25,
31:23, 32:6,
32:11, 33:5,
34:20, 35:1,
35:10, 35:11,
35:20, 36:2,
36:15, 36:17,
36:21, 37:2,
42:20, 45:16,
50:7, 50:13,
50:16, 51:4,
51:7, 54:18,
57:1, 58:10,
58:12, 59:1,
61:25, 64:12,
65:19, 65:22,
66:23, 66:25,
67:14, 68:3,
68:16, 69:8,
69:19, 71:25,
72:1, 74:18
processes
17:13, 25:4,
26:7
processing
22:17, 22:19,
33:17
program
12:1, 12:7,
12:21, 45:22,
69:7, 72:8
proper
27:13, 42:8
properly
32:2, 33:5
proved
77:4
provide
14:18, 14:19,
19:12, 21:17,
23:18, 24:5,
27:7, 38:15,
45:18, 52:12,
55:10, 55:22,

56:14, 59:21,
60:3, 66:9,
66:22, 68:21
provided
25:21, 27:9,
31:16, 33:3,
37:13, 37:19,
38:5, 38:8,
38:11, 38:12,
41:25, 45:19,
48:7, 51:10,
51:12, 55:7,
70:6, 72:20,
73:8
providing
25:22, 45:17
provisional
22:18
public
3:7, 17:4,
17:5, 18:13,
82:2, 82:4
pull
66:12
purpose
23:25, 24:7,
25:11, 52:2,
57:9, 67:4,
74:20
purposes
24:7, 44:22,
53:19, 75:4
pursuant
3:5, 8:12, 56:2
pursuit
36:22
put
44:18, 55:11,
63:14
puts
67:16
putting
19:4, 78:7

Q

qualified
50:25
quarterly
68:7

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

38

| | | | |
|---|---|---|---|
| **question** | **reactivated** | **record** | 78:11 |
| 12:15, 12:22, | 19:24, 21:6 | 8:20, 21:16, | **regardless** |
| 16:12, 22:10, | **read** | 21:19, 24:4, | 15:17, 23:23, |
| 23:1, 24:19, | 13:10, 33:24, | 40:23, 48:22, | 33:13, 33:15, |
| 24:21, 34:2, | 34:1, 62:21, | 52:21, 53:5, | 33:16, 52:24 |
| 34:25, 36:4, | 67:7, 67:8, | 70:12, 71:11, | **regards** |
| 36:16, 43:22, | 75:7, 75:8, | 71:15, 77:5, | 53:12 |
| 44:23, 47:13, | 80:3, 80:5, 81:3 | 80:6, 82:7 | **register** |
| 47:17, 57:4, | **reading** | **records** | 15:17, 18:15, |
| 59:4, 67:11, | 9:15, 47:13, | 9:16, 28:22, | 51:3, 55:16 |
| 75:9, 76:8 | 62:22, 62:24, | 40:20, 47:7, | **registered** |
| **questions** | 66:21, 67:17, | 48:17, 48:19, | 16:2, 20:3, |
| 9:8, 33:9, | 82:10 | 48:23, 75:13, | 20:5, 20:11, |
| 63:22, 63:24, | **real** | 75:15, 75:16, | 20:13, 26:22, |
| 70:8, 70:14, | 13:10, 72:22 | 75:22, 75:25, | 26:23, 27:10, |
| 70:23, 71:6, | **really** | 76:5, 76:11, | 31:16, 31:18, |
| 79:22 | 12:24, 22:17, | 76:13, 76:16, | 32:7, 32:12, |
| **quickly** | 30:21 | 76:18, 76:19, | 38:4, 38:7, |
| 9:6, 26:9 | **reason** | 76:21, 76:23, | 38:11, 38:13, |
| **quote** | 41:1, 41:5, | 76:24, 77:8 | 38:18, 39:20, |
| 13:13 | 77:6 | **redacted** | 50:24, 50:25, |
| **R** | **reasons** | 49:15 | 51:1, 51:14, |
| **raise** | 57:1, 65:8, | **reduced** | 51:15, 51:16, |
| 12:9 | 79:2 | 82:9 | 51:23, 52:9, |
| **ran** | **recall** | **refer** | 52:19, 59:11, |
| 32:11 | 18:19 | 12:1, 12:22, | 59:12, 61:14, |
| **rather** | **receive** | 16:18, 47:14 | 61:17, 71:24 |
| 14:6 | 36:21, 38:2, | **referenced** | **registering** |
| **rawls** | 39:13, 39:15, | 72:17 | 18:17 |
| 62:20 | 49:22, 69:15, | **referred** | **registrant** |
| **rd** | 75:21, 75:22, | 63:25 | 66:23, 66:25 |
| 50:1, 67:24, | 76:2, 76:11, | **referring** | **registrants** |
| 68:2, 68:9, | 77:14, 79:13 | 11:9, 64:1, | 67:18 |
| 68:11, 68:17, | **received** | 67:13 | **registrar** |
| 68:18 | 22:19, 50:6, | **refers** | 55:17, 56:4, |
| **re-answer** | 50:8, 69:25, | 49:20 | 70:2, 73:3, |
| 63:24 | 75:14, 75:15, | **reform** | 79:12 |
| **re-ask** | 76:23 | 36:21 | **registrar's** |
| 12:18 | **receives** | **refusal** | 18:7, 23:14 |
| **re-identification** | 42:24 | 73:13, 78:25 | **registrars** |
| 13:19, 17:1, | **recheck** | **refused** | 9:23, 14:3, |
| 22:2, 32:18, | 40:25 | 78:18, 79:7 | 17:22, 19:17, |
| 32:25 | **recipients** | **refusing** | 22:14, 22:16, |
| **reaching** | 73:4 | 79:13 | 28:8, 31:13, |
| 45:17 | **recognize** | **regard** | 33:16, 35:7, |
| **reactivate** | 49:18 | 18:16, 31:1, | 40:9, 41:11, |
| 39:25, 50:11 | **reconvene** | 48:16 | 41:14, 42:11, |
| | 46:8 | **regarding** | 46:15, 46:22, |
| | | 77:17, 77:22, | |

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

39

48:25, 50:10,
52:16, 55:21,
55:23, 56:8,
57:12, 64:15,
72:18, 73:7,
73:25, 74:10,
74:12, 74:24,
75:10, 77:17,
77:22, 78:1,
78:10, 78:13,
78:18, 78:23,
79:6
**registration**
9:21, 13:20,
14:6, 16:23,
17:11, 17:18,
18:9, 18:23,
18:24, 19:3,
19:10, 20:17,
20:21, 21:5,
21:9, 21:24,
22:22, 24:16,
25:2, 26:12,
28:3, 32:17,
32:23, 41:22,
42:4, 42:5,
42:25, 45:10,
52:1, 53:13,
61:16, 64:13,
67:19, 78:12,
78:19, 79:7
**regular**
14:1, 23:10,
33:2, 59:24
**related**
82:12
**release**
7:12, 11:13,
11:16, 11:21,
11:24, 11:25,
12:5, 13:6,
13:11, 15:7,
17:5, 18:15,
18:19, 18:20,
33:21, 34:3,
35:4, 50:2,
62:2, 62:5,
63:18

**releases**
17:9, 18:14
**remain**
24:9, 45:4,
53:6, 53:15
**remaining**
18:8
**remember**
12:19, 44:16
**remotely**
2:2, 3:2
**remove**
52:11, 55:16,
58:5, 74:20
**removed**
44:12, 57:8,
57:10
**removing**
75:4
**renew**
47:16
**repeat**
24:20
**report**
76:3
**reported**
2:25
**reporter**
3:7, 33:24,
75:6, 82:1, 82:4
**representing**
11:7
**request**
71:1
**requested**
39:12, 68:21,
82:11
**require**
12:11, 27:24,
28:2
**required**
20:18, 24:5,
59:19
**requirement**
51:25, 53:18,
59:2
**requirements**
51:23

**requires**
14:17, 27:3
**requiring**
23:25
**reserve**
80:5
**residence**
21:18, 21:19
**resolved**
43:2
**resources**
37:10
**respond**
68:20, 71:15
**responded**
68:23
**response**
10:4, 26:8,
26:9, 29:3,
29:8, 31:11,
31:12, 31:14,
31:15, 32:3
**responses**
26:4, 26:19,
31:8, 64:24,
65:2
**rest**
19:15, 58:10
**return**
15:3, 29:2,
29:8, 67:16,
67:17, 67:22,
68:15
**returned**
19:16, 26:4,
65:5, 65:8
**returns**
26:7, 64:24,
65:4
**reverse**
38:12
**reviewing**
9:16, 9:25
**reworking**
27:12
**right**
10:12, 10:21,
11:1, 11:16,

12:7, 12:11,
17:1, 28:14,
30:5, 30:7,
31:9, 34:12,
37:3, 37:15,
38:20, 41:12,
41:18, 41:20,
42:2, 44:5,
44:17, 46:6,
47:1, 53:14,
53:21, 54:9,
57:2, 59:2,
65:20, 67:5,
67:25, 68:9,
68:11, 70:19,
70:22, 74:19,
79:11
**robertson**
2:25, 3:6, 82:3
**roles**
77:23
**roll**
62:15
**rolls**
27:15, 31:25,
51:19, 52:11,
58:8, 67:22,
74:19, 74:21
**roughly**
49:21
**rules**
9:5, 52:8,
77:25, 78:3,
78:8, 78:9,
78:11
**run**
19:18, 40:6
**running**
25:4
**runs**
40:8

---
**S**
---

**safe**
69:14
**said**
12:22, 15:12,
17:22, 33:21,

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

40

34:4, 34:25,
44:2, 58:4,
64:18, 64:19,
67:12, 74:16,
82:7
**sake**
24:9
**same**
14:10, 21:14,
22:22, 23:20,
24:4, 24:17,
26:18, 26:19,
33:6, 81:4
**sandra**
2:25, 3:6, 82:3
**sandy**
46:11, 69:2,
79:18
**save**
19:18, 40:8,
40:24, 46:23,
69:7, 69:12,
69:18, 70:2
**say**
8:19, 11:8,
12:15, 12:20,
13:1, 16:6,
23:15, 30:13,
30:25, 32:20,
33:15, 37:20,
43:9, 44:22,
49:23, 58:11,
60:9, 67:11,
71:15, 75:3,
75:19, 77:3
**saying**
15:23, 31:8,
76:2
**says**
13:12, 34:7,
58:22, 63:7,
66:21
**scenario**
59:10
**scope**
8:14, 30:10,
58:24, 59:9,
60:16, 71:1,

71:16
**scott**
6:14
**scratch**
32:14
**seal**
82:16
**second**
24:12, 56:8,
75:3, 75:20
**secretaries**
29:12
**secretary**
1:12, 11:7,
11:13, 13:5,
29:13, 30:24,
34:21, 36:6,
50:21, 55:20,
58:13, 61:24,
62:1, 74:23,
75:9, 77:16,
77:21, 78:1,
79:14
**secretary's**
11:9, 29:15,
29:17, 33:21,
34:3, 36:12,
47:7, 47:15,
47:20
**security**
13:25, 14:20,
14:25, 17:24,
19:14, 19:20,
26:5, 27:16,
27:22, 28:10,
28:13, 28:16,
28:20, 29:1,
29:6, 30:1,
52:14, 65:9,
65:15
**see**
13:14, 38:24,
39:10, 52:15,
55:19, 56:12,
66:20
**seen**
10:24, 52:9,
52:10

**self-removals**
44:15
**self-remove**
52:5
**self-removed**
44:14
**send**
18:2, 24:15,
27:19, 27:25,
29:3, 35:3,
39:20, 39:25,
40:21, 48:10,
49:1, 56:8,
72:19, 73:7
**sending**
35:6, 73:10
**sends**
20:21, 21:8
**sent**
17:9, 17:21,
29:6, 32:1,
40:2, 40:11,
40:12, 41:10,
41:14, 48:24,
49:7, 64:3,
72:20, 73:3,
73:17
**sentence**
67:8
**separation**
55:25
**september**
7:14, 17:22,
27:20, 39:22,
42:1, 42:4,
42:16, 42:17,
42:19, 44:11
**seriously**
50:21
**serve**
52:2
**serves**
24:7
**set**
82:15
**sharpie**
49:15
**sheet**
81:7

**shelby**
2:1, 3:1, 7:5,
8:2, 81:2
**sherman**
5:6
**shilpa**
4:7
**short**
66:21
**shorthand**
82:1
**should**
19:23, 20:2,
20:5, 20:22,
21:10, 35:15,
52:18, 61:1,
74:1
**shouldn't**
57:16
**show**
37:20, 75:17,
76:6, 76:17
**showed**
75:23
**showing**
36:20, 76:4,
76:5, 76:12,
76:23, 76:24
**shown**
76:13
**shows**
23:24, 51:7,
51:8
**sign**
19:15, 80:3,
80:5
**signature**
62:22, 81:11
**signature-p1ka1**
82:19
**signed**
81:7
**signing**
82:10
**simple**
59:4
**simply**
55:7

since
8:12, 29:24,
30:8, 30:12,
46:6, 48:19,
48:21, 61:12
situation
58:2
slater
6:4, 7:7, 8:19,
8:24, 69:1,
70:10, 71:13,
71:21, 72:25,
76:9, 76:10,
76:22, 78:4,
79:16, 80:1
slater@usdoj
6:10
small
39:4
social
13:25, 14:20,
14:25, 17:24,
19:14, 19:20,
26:4, 27:16,
27:21, 28:10,
28:12, 28:15,
28:19, 29:1,
29:5, 29:6,
29:25, 52:14,
65:9, 65:15
sole
35:24
some
9:25, 17:5,
31:12, 37:12,
44:11, 44:13,
48:4, 48:8,
48:22, 49:7,
51:9, 53:16,
56:23, 67:13,
69:12
somebody
77:4
somehow
36:13
someone
15:24, 16:17,
16:20, 18:22,

19:2, 19:6,
20:12, 21:8,
25:25, 28:7,
32:13, 32:15,
37:18, 42:24,
52:22, 53:8,
53:20, 54:1,
54:6, 59:5,
59:14, 60:20,
76:23
someone's
25:5
something
25:19, 39:14,
41:3, 54:20,
68:18
sometimes
28:23
somewhere
44:7
sorry
8:25, 9:2,
26:14, 29:16,
32:20, 34:25,
60:23, 62:23,
74:8, 80:4
sought
63:13
sound
44:17
southern
1:3, 5:16
speak
30:11, 79:14
speaking
10:17, 47:15,
61:7
speaks
63:4
specific
18:21, 30:21,
31:19, 40:22,
62:4, 63:5,
65:23, 67:1,
77:19
specifically
34:7, 39:8,
51:24, 60:22,

64:18, 66:3,
69:13, 77:2
speculation
45:7, 45:14,
45:25, 74:7
spent
46:3
spoke
10:19
ssn
25:5
st
42:25, 45:10
staff
9:15
standing
8:11
start
23:1, 24:19,
29:17, 49:10,
59:14, 70:11,
71:8, 71:22
started
8:5, 11:12,
12:21, 35:1,
36:18, 48:14
starting
11:25, 47:5
state
1:13, 1:21,
3:7, 6:12,
17:10, 26:12,
29:13, 34:21,
35:5, 36:5,
36:6, 37:6,
50:12, 50:15,
53:23, 57:25,
58:7, 61:24,
62:25, 70:12,
71:9, 71:14,
78:12, 79:14
state's
11:8, 19:3,
22:11, 34:9,
54:13, 55:20,
58:13, 74:23,
75:10, 77:16,
77:21, 78:1

states
1:1, 1:18, 6:3,
12:10, 70:13,
70:20, 71:4,
71:18, 71:25,
79:17
statistic
21:7
status
15:3, 17:23,
18:3, 21:14,
43:1, 78:19,
79:8
steals
72:5
stenographically
82:8
step
24:11, 36:24
steps
35:8, 58:1,
62:11
still
13:18, 20:16,
27:14, 31:18,
45:8, 48:24,
63:2, 63:23
stipulation
8:6
stopped
47:15
street
4:9, 4:18, 5:8,
5:17
structure
55:20
stuff
61:16, 78:7
submit
21:15, 32:23,
41:21, 52:1,
66:22, 68:10,
68:13, 77:9,
77:12
submits
64:12
submitted
10:7, 22:14,

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

42

| | | | |
|---|---|---|---|
| 77:15 | taking | testimony | 56:12, 56:23, |
| **submitting** | 12:14, 18:4, | 16:10, 26:2, | 63:4, 64:18, |
| 13:19 | 53:10, 54:2, | 26:17, 28:18, | 65:6, 68:25, |
| **substantial** | 58:1, 68:18 | 31:4, 32:9, | 71:5, 79:16, |
| 35:19 | **talk** | 34:1, 40:4, | 79:23 |
| **subtract** | 11:23, 18:22, | 44:1, 44:10, | **thirty-two** |
| 44:12 | 22:1, 28:4, | 45:2, 47:11, | 19:6, 20:7, |
| **suite** | 41:8, 42:15, | 54:16, 56:23, | 22:7, 39:19 |
| 4:10, 5:9, 5:18 | 75:13 | 57:23, 69:10, | **thought** |
| **supervision** | **talked** | 75:8, 81:4, | 63:23 |
| 82:10 | 24:13, 25:1, | 81:6, 82:8 | **three** |
| **supervisor** | 27:3, 33:20, | **th** | 47:6, 79:22 |
| 9:21 | 34:3, 64:11 | 4:9, 11:14, | **through** |
| **supplying** | **talking** | 12:6, 13:5, | 15:12, 15:16, |
| 14:22 | 12:2, 12:25, | 18:20, 36:24, | 15:18, 16:1, |
| **supposed** | 20:7, 22:5, | 41:15, 44:11, | 18:7, 18:14, |
| 58:21, 59:5, | 24:24, 54:21, | 63:11, 63:17, | 22:16, 25:24, |
| 66:9, 67:17 | 55:19, 59:17, | 63:21, 64:2, | 26:13, 26:14, |
| **sure** | 59:24, 62:6, | 64:3, 72:9, | 26:18, 26:23, |
| 12:12, 13:1, | 63:25, 67:2 | 72:21, 82:16 | 31:23, 46:7, |
| 15:11, 24:22, | **talks** | **thank** | 68:16 |
| 30:23, 35:9, | 71:2 | 18:5, 22:1, | **throughout** |
| 39:19, 43:15, | **target** | 23:6, 46:9, | 17:10 |
| 45:11, 49:4, | 72:15 | 71:13, 72:16 | **tie** |
| 53:24, 54:19, | **tell** | **thanks** | 44:23 |
| 67:9, 75:21, | 9:12, 10:1, | 79:24 | **time** |
| 76:1 | 36:22, 40:13, | **theft** | 22:17, 23:19, |
| **sworn** | 41:5, 41:18, | 71:23, 72:15 | 26:23, 37:17, |
| 8:3 | 65:23, 78:12 | **themselves** | 42:8, 44:3, |
| **system** | **tells** | 52:11, 70:3 | 44:20, 46:10, |
| 41:4 | 41:21 | **thereafter** | 47:25, 53:17, |
| **systems** | **template** | 82:9 | 61:10, 68:19, |
| 30:1 | 7:13, 41:16, | **thing** | 68:22, 69:2, |
| | 72:19, 73:7 | 12:1, 41:13 | 73:19, 73:20, |
| **T** | **ten** | **things** | 79:18 |
| **tabulator** | 37:20, 47:5 | 9:6, 10:23, | **timeline** |
| 23:12 | **tense** | 22:18, 25:16, | 10:4, 10:8, |
| **take** | 63:8 | 25:22, 29:11, | 10:15 |
| 31:11, 41:6, | **term** | 35:10, 35:15, | **times** |
| 41:10, 46:7, | 67:1 | 48:3, 51:2, | 78:24 |
| 49:2, 57:12, | **testified** | 54:11, 65:8, | **today** |
| 67:7, 70:19, | 8:3, 18:13, | 78:13 | 10:9, 10:25, |
| 71:7 | 20:1, 24:16, | **think** | 15:17 |
| **taken** | 25:3, 28:6, | 16:21, 25:17, | **today's** |
| 46:12, 47:24, | 29:10, 30:3, | 28:6, 33:8, | 9:13 |
| 82:5, 82:8 | 31:6, 33:10, | 35:18, 35:25, | **together** |
| **takes** | 64:14 | 36:13, 43:12, | 78:8 |
| 50:21 | **testify** | 44:16, 44:18, | **told** |
| | 11:3 | | 39:22 |

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

43

| | | | |
|---|---|---|---|
| **took** | **two** | **unger@splcenter** | **uscis** |
| 72:7 | 10:25, 16:20, | 5:20 | 70:5 |
| **top** | 16:22, 17:3, | **uniform** | **use** |
| 19:2, 56:17 | 17:13, 18:17, | 15:22, 16:12 | 11:25, 14:5, |
| **topic** | 24:17, 25:3, | **unique** | 21:24, 22:4, |
| 33:9 | 34:17, 38:17, | 14:23 | 28:9, 32:13, |
| **topics** | 38:23, 42:3, | **united** | 41:14, 41:19, |
| 10:25, 11:4 | 46:21, 47:5, | 1:1, 1:18, 6:3, | 42:12, 48:3, |
| **totally** | 62:25, 63:12, | 12:10, 70:13, | 52:23, 64:15, |
| 32:21 | 63:17, 64:1, | 70:20, 71:4, | 64:19, 67:21, |
| **training** | 64:15, 69:4 | 71:18, 71:25, | 69:12 |
| 77:22 | **two-hour** | 79:17 | **using** |
| **transcript** | 70:17 | **unless** | 29:18, 30:3, |
| 80:3, 82:6 | **type** | 9:8, 56:11 | 71:24, 72:11 |
| **transcription** | 47:9 | **until** | **usual** |
| 81:5 | **typed** | 16:24 | 8:6 |
| **treat** | 35:14 | **unwilling** | **utilizing** |
| 16:13, 16:14 | **typewriting** | 16:6 | 69:14 |
| **treated** | 82:9 | **update** | |
| 20:12, 60:1 | | 13:19, 13:20, | **V** |
| **trial** | **U** | 13:23, 14:6, | **valid** |
| 12:12 | **under** | 16:25, 17:19, | 27:4, 59:21, |
| **tried** | 19:23, 44:7, | 18:9, 18:18, | 59:23, 60:3, |
| 69:15, 70:5 | 51:19, 63:14, | 19:10, 20:16, | 60:8, 60:10, |
| **tries** | 82:9 | 21:2, 22:2, | 61:13, 61:17 |
| 20:20 | **undergo** | 22:9, 22:13, | **validate** |
| **true** | 15:7 | 22:16, 23:8, | 23:16 |
| 54:13, 54:17, | **understand** | 23:9, 23:13, | **validating** |
| 54:22, 76:20, | 11:6, 15:11, | 23:19, 24:1, | 22:22 |
| 81:4, 82:6 | 16:11, 27:2, | 24:14, 24:20, | **verbal** |
| **try** | 28:25, 30:23, | 24:24, 28:2, | 61:7 |
| 58:2 | 31:7, 32:21, | 28:7, 32:13, | **verification** |
| **trying** | 35:9, 73:16, | 32:18, 32:25, | 13:16, 13:22, |
| 25:17, 26:9, | 76:1, 76:8, | 33:3, 33:11, | 14:4, 14:9, |
| 44:23, 59:2, | 77:13 | 33:13, 34:7, | 14:13, 15:3, |
| 67:14 | **understanding** | 34:11, 41:19, | 15:8, 15:12, |
| **turns** | 9:22, 12:24, | 41:22, 41:24, | 15:16, 15:19, |
| 76:20 | 27:6, 54:19, | 42:12, 45:9, | 16:15, 17:25, |
| **turpitude** | 55:2, 56:7, | 45:18, 52:1, | 19:1, 22:3, |
| 51:20 | 57:11, 58:18, | 52:23, 53:18, | 22:11, 23:2, |
| **tuscaloosa** | 64:23, 68:22, | 54:7, 59:20, | 23:23, 24:13, |
| 54:21, 54:23, | 73:16, 73:20 | 64:13 | 24:25, 25:1, |
| 55:6, 55:10, | **understood** | **updated** | 26:13, 28:5, |
| 55:18, 56:1, | 9:10 | 41:3, 48:8, | 28:9, 29:19, |
| 56:19, 57:5, | **unexpired** | 48:20, 52:13, | 30:20, 30:25, |
| 72:18, 73:2, | 60:7, 60:10 | 68:6 | 31:23, 32:6, |
| 73:11, 73:17, | **unger** | **updating** | 32:10, 34:12, |
| 73:24, 74:1 | 5:15 | 53:12 | 34:14, 52:24, |

Transcript of Clay Shelby Helms
Conducted on October 9, 2024                    44

64:11, 64:21,
65:19, 65:22
**verified**
13:14, 14:2,
18:7, 19:23,
23:24, 25:19,
27:9, 27:16,
29:2, 29:8,
33:23, 34:5,
34:8, 39:24,
41:1, 41:2,
41:6, 52:15,
61:15, 65:5
**verify**
15:2, 20:14,
22:10, 23:5,
23:16, 24:6,
25:18, 27:18,
27:21, 29:5,
29:24, 31:18,
64:20
**verifying**
19:4, 25:11,
25:15, 25:16
**via**
2:2
**view**
50:15, 50:19
**vote**
13:13, 13:18,
14:17, 16:2,
16:22, 17:17,
18:3, 18:25,
19:25, 20:11,
20:19, 21:1,
21:12, 21:15,
22:8, 23:10,
23:11, 23:13,
31:16, 31:18,
32:15, 32:24,
33:22, 34:5,
34:9, 34:11,
34:13, 38:4,
38:7, 38:11,
39:20, 41:19,
42:13, 49:3,
50:24, 50:25,
51:1, 51:3,

51:23, 52:23,
53:3, 53:9,
54:2, 54:7,
56:20, 57:5,
57:14, 57:20,
57:25, 59:11,
59:13, 59:24,
61:14, 61:17,
71:24
**voted**
51:17
**voter**
9:21, 14:6,
17:10, 19:9,
20:17, 21:3,
21:11, 21:19,
21:22, 22:22,
23:17, 23:20,
24:5, 24:10,
26:11, 27:23,
27:25, 28:3,
32:22, 33:1,
39:6, 40:22,
41:7, 41:19,
42:4, 42:5,
49:1, 53:9,
53:12, 53:16,
54:2, 54:17,
55:21, 58:21,
61:15, 62:14,
63:1, 64:12,
78:11
**voter's**
24:9, 25:11,
41:4, 78:19,
79:7
**voters**
15:14, 18:16,
19:5, 22:5,
22:12, 23:25,
26:20, 26:22,
33:22, 34:4,
34:10, 35:4,
35:7, 41:11,
42:12, 43:10,
43:24, 49:5,
51:25, 53:7,
55:11, 55:16,

55:18, 56:2,
58:5, 58:8,
72:19, 73:8,
73:12, 74:1,
74:13, 74:25,
75:4, 75:11
**voting**
13:25, 21:13,
21:16, 22:19,
22:20, 24:3,
27:15, 31:25,
51:1, 51:5,
51:18, 52:3,
52:8, 52:20,
53:5, 53:21,
62:14, 62:15,
72:13, 74:22

|W|
|---|

**wait**
16:24
**waiving**
8:20
**walk**
23:12
**want**
8:19, 8:22,
9:6, 12:25,
16:21, 16:22,
17:17, 37:25,
41:10, 43:1,
43:5, 54:19,
56:16, 63:5,
70:11, 71:7,
71:9, 71:22,
72:16, 78:17,
79:1, 80:5
**wanted**
56:17
**wants**
32:13, 32:23
**washington**
4:11, 5:10,
6:8, 6:16
**way**
29:22, 38:15,
51:15, 52:6
**ways**
18:14

**wednesday**
2:3
**welcome**
70:21
**went**
26:23, 27:10,
73:17, 75:19
**weren't**
33:3, 41:1,
48:10
**wes**
1:10, 1:21
**whatever**
41:1, 44:14
**whereof**
82:15
**whether**
23:23, 31:22,
32:4, 38:24,
57:4, 65:14,
65:18
**whole**
12:1, 12:3,
67:8, 72:14
**withdraw**
65:12, 67:12
**withdrawn**
29:16, 32:14,
60:24, 62:23
**within**
15:5, 58:12,
68:8, 68:14
**without**
15:23, 18:4,
19:25, 34:12,
34:14, 53:10,
54:2, 54:7,
56:20, 57:6,
57:20, 58:6,
73:3, 77:1,
77:14
**witness**
3:1, 7:3,
49:15, 56:14,
82:15
**woodard**
6:14
**word**
12:1, 23:17

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

45

**wording**
65:24
**words**
34:17
**work**
48:5, 68:14,
70:5, 77:14
**worker**
32:17, 32:24
**workers**
58:21, 59:5
**working**
63:2, 63:3,
63:7, 63:21,
63:23, 64:4,
64:7, 66:10
**works**
9:22
**worry**
13:2
**wouldn't**
22:25, 33:4,
44:12
**writes**
62:22
**wrong**
25:19

**X**

**xi**
82:21

**Y**

**yeah**
8:7, 13:4,
16:11, 24:22,
25:8, 26:10,
41:21, 43:15,
57:10, 58:25,
63:11, 78:7
**year**
46:3
**years**
31:13, 32:12,
37:20, 64:9
**yesterday**
49:7

**Z**

**zoom**
2:2

**0**

**00000392**
7:19, 62:18
**00000491**
7:20, 66:13
**00000575**
7:18, 49:12
**00209500**
82:21
**0114**
5:11
**01254**
1:7

**1**

**1**
80:6
**10**
2:4, 46:7,
50:2, 80:6,
82:16
**100**
44:15, 77:2
**1000**
4:20
**11**
7:12, 7:19,
62:17, 62:18
**1101**
4:9
**111**
5:17
**12**
7:20, 66:12,
66:13
**13**
11:14, 12:6,
13:5, 18:20,
36:24, 41:15,
72:9, 72:21
**1329**
1:20
**1351**
44:13
**14**
4:9, 7:18,
16:23, 49:8,
49:12, 49:14
**15**
63:11, 63:17,
63:21, 64:2,
64:3, 71:12
**18**
51:19
**1825**
5:8
**1st**
71:16

**2**

**20**
49:21
**20005**
4:11
**20006**
5:10
**202**
4:12, 5:11, 6:9
**2023**
36:18
**2024**
2:3, 82:17
**20530**
6:8
**21**
42:25, 45:10,
73:1
**2200**
4:12, 44:24,
45:4
**23**
50:1, 67:24,
68:2, 68:9,
68:11, 68:17,
68:18
**2300**
44:7
**24**
1:7, 1:20
**25**
43:15, 43:20,
44:11, 49:21
**26**
82:22
**280**
5:18

**290**
39:14
**2:-cv--amm**
1:7, 1:20

**3**

**3,251**
15:6, 15:13,
15:21, 16:7,
16:17, 17:16,
22:6, 26:21,
31:21, 35:4,
35:6, 38:24,
39:9, 45:22,
47:20, 47:24,
59:18, 62:5,
63:18
**3.8**
15:14
**30**
3:1, 3:5, 8:12,
82:21, 82:22
**300152**
6:17
**305**
6:9
**31**
4:18
**3200**
44:6
**331**
5:11
**334**
4:20
**36104**
4:19
**36130**
6:18
**39202**
5:19

**4**

**400**
4:10
**41**
7:13
**42**
7:14

Transcript of Clay Shelby Helms
Conducted on October 9, 2024

46

**43**
7:15,  71:11
**47**
7:16,  47:7,
48:17
**49**
7:18

---
**5**
---

**501**
6:16
**51**
72:25
**517**
4:20
**54**
2:4
**5451**
6:9
**556482**
2:23
**578**
7:18,  49:12
**5th**
17:22

---
**6**
---

**62**
7:19,  43:20
**66**
7:20
**6th**
17:22

---
**7**
---

**701**
5:9
**71**
7:7
**736**
4:12

---
**8**
---

**82**
2:24

---
**9**
---

**900**
43:9,  43:23,

**44:6**
**902**
44:13
**91**
44:18
**950**
6:7