UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA COALITION FOR IMMIGRANT JUSTICE, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No.: 2:24-cv-01254-AMM |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |
| | | |
| UNITED STATES OF AMERICA, | ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No.: 2:24-cv-01329-AMM |
| STATE OF ALABAMA and WES ALLEN, in his official capacity as Alabama Secretary of State, | ) ) ) ) ) | Unopposed Motion |
| *Defendants*. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER IN *UNITED STATES V. ALABAMA***

The State Defendants in *United States v. Alabama*, namely the State of

Alabama and Hon. Wes Allen, who is sued in his official capacity as Secretary of

State for the State of Alabama, respectfully move the Court for an extension of time until March 18, 2025 for the parties to respond to the Order entered January 30, 2025, *U.S.* doc. 64.

This is one of two cases challenging Secretary Allen's efforts to ensure noncitizens are not permitted to vote in Alabama. This Court held a hearing in both *Alabama Coalition for Immigrant Justice v. Allen* and *United States v. Alabama* in October 2024. The Court granted the United States' motion for a preliminary injunction, denied the State Defendants' motion to dismiss the United States' case, and reserved ruling on both *ACIJ*'s motion for a preliminary injunction and the State Defendants' motion to dismiss their claims. *AJIC* doc. 89; *see also ACIJ* doc. 90. The Court's "preliminary injunction expire[d] on the day after the 2024 General Election." *ACIJ* doc. 90 at 5.

The parties in both *ACIJ* and *United States* began Fed. R. Civ. P. 26(f) discussions collectively in December 2024. Thereafter, the *ACIJ* Plaintiffs and the State Defendants in that case[1], jointly moved for a stay. *ACIJ* doc. 96. The Court granted the joint motion and required that the parties to file a status report on March

---

[1]    In *Alabama Coalition for Immigrant Justice v. Allen*, No. 2:24-cv-1254, the State Defendants are: Hon. Wes Allen, who is sued in his official capacity as Secretary of State for the State of Alabama; Hon. Steve Marshall, who is sued in his official capacity as Attorney General for the State of Alabama; Hon. Sheila Cox Barbuck, who is sued in her official capacity as Chair of the Marshall County Board of Registrars; Hon. Jan Bennett, who is sued in her official capacity as Chair of the Elmore County Board of Registrars; Hon. Barry Stephenson, who is sued in his official capacity as the Jefferson County Registrar; and, Hon. Cindy Thrash, who is sued in her official capacity as Chair of the Lee County Board of Registrars.

18, 2025. *ACIJ* doc. 97. Meanwhile, the United States and the State Defendants in this case, proposed a discovery plan. *U.S.* doc. 63.

This Court entered an Order requiring the *United States* parties to "show cause within thirty days as to why this case should not be stayed for a sufficient period of time to accurately assess any changes to the process that Secretary Allen makes, the viability of the United States' claim thereafter, and the court's jurisdiction." *U.S.* doc. 64. Thirty days after the show cause order was entered is this Saturday, March 1, 2025.

To promote judicial economy and allow the State Defendants in both cases to file a response in each case simultaneously, the State of Alabama and Secretary Allen respectfully move the Court to extend the *United States'* parties deadline to respond to the show cause order until March 18, 2025.

The United States does not oppose this motion.

*Respectfully Submitted,*

Steve Marshall
  *Attorney General*

/s/ Misty S. Fairbanks Messick
James W. Davis (ASB-4063-I58J)
Robert M. Overing (ASB-8736-M14Q)
  *Deputy Attorneys General*
Misty S. Fairbanks Messick (ASB-1813-T71F)
Scott Woodard (ASB-1001-F94C)
  *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Robert.Overing@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Scott.Woodard@AlabamaAG.gov

**Counsel for the State Defendants**

4