IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA COALITION FOR IMMIGRANT JUSTICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-1254 (AMM) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF ALABAMA and WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendants. | Case No. 2:24-cv-1329 (AMM) |

## NOTICE OF VOLUNTARY DISMISSAL

The parties hereby stipulate to the dismissal of the United States' claim in *United States v. Alabama*, No. 2:24-cv-1329 (N.D. Ala.), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) provides that "the plaintiff

1

may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared." Counsel for all parties have agreed to the dismissal.

Respectfully submitted,

**For the United States:**

                                          MAC WARNER
                                          Deputy Assistant Attorney General
                                          Civil Rights Division

                                          */s/Kelli M. Slater*
                                          R. TAMAR HAGLER
                                          RICHARD A. DELLHEIM
                                          DANIEL J. FREEMAN
                                          KELLI M. SLATER
                                          Attorneys, Voting Section
                                          Civil Rights Division
                                          U.S. Department of Justice
                                          950 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20530
                                          (202) 746-1557
                                          richard.dellheim@usdoj.gov
                                          daniel.freeman@usdoj.gov
                                          kelli.slater@usdoj.gov

                                          Date: March 14, 2025

**For the State Defendants:**

        Steve Marshall
          *Attorney General*

        */s/Misty S. Fairbanks Messick*
        James W. Davis (ASB-4063-I58J)
        Robert M. Overing (ASB-8736-M14Q)
          *Deputy Attorneys General*
        Misty S. Fairbanks Messick (ASB-1813-T71F)
        Scott Woodard (ASB-1001-F94C)
          *Assistant Attorneys General*
        OFFICE OF THE ATTORNEY GENERAL
        STATE OF ALABAMA
        501 Washington Avenue
        P.O. Box 300152
        Montgomery, Alabama 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 353-8400
        Jim.Davis@AlabamaAG.gov
        Robert.Overing@AlabamaAG.gov
        Misty.Messick@AlabamaAG.gov
        Scott.Woodard@AlabamaAG.gov

        Date: March 14, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

                                              */s/Kelli M. Slater*
                                              Kelli M. Slater
                                              Attorney, Voting Section
                                              Civil Rights Division
                                              U.S. Department of Justice